UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THERESA THIMM,

Plaintiff,

v.

FREEDOM MORTGAGE CORPORATION,

Defendant.
_________________________________/

Case No. 2:26-cv-14462-MFL-DRG

Hon. Matthew F. Leitman

Magistrate Judge David R. Grand

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that George T. Blackmore of Soble PLC enters his appearance for Plaintiff in this matter. All notices, pleadings, orders, and other papers should be served through the Court's CM/ECF system and directed to the undersigned at the address below.

Respectfully Submitted,

SOBLE PLC

/s/ George T. Blackmore
By: George T. Blackmore (P76942)
SOBLE PLC
31800 Northwestern Hwy, Ste 350
Farmington Hills, MI 48334
Phone: (888) 789-1715
dsoble@provenresource.com
*Counsel for Plaintiff*

Dated: November 25, 2026

**CERTIFICATE OF SERVICE**

I certify that on November 25, 2026, I electronically filed the foregoing Notice of Appearance with the Court's CM/ECF system, which will provide notice of this document's filing on all registered parties.

/s/ George T. Blackmore
George T. Blackmore