UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| THERESA THIMM, | Case No. 2:26-cv-14462-MFL-DRG |
| Plaintiff, | Hon. Matthew F. Leitman |
| v. | Magistrate Judge David R. Grand |
| FREEDOM MORTGAGE CORPORATION, | |
| Defendant. | |

_________________________________/

# INDEX OF EXHIBITS

**EXHIBIT A** Plaintiff's Verified Complaint.

**EXHIBIT B** Sheriff's Deed on Mortgage Sale, recorded June 16, 2026, Liber 61292 Page 668, Doc. No. 20260085350, with Affidavit of Auctioneer, Affidavits of Publication and Posting, and Affidavit of Purchaser

**EXHIBIT C** Affidavit from Auctioneer

**EXHIBIT D** Affidavit from Purchaser

**EXHIBIT E** Affidavit of publication and postings

**EXHIBIT F** Complaint to Recover Possession, HP Foreclosure Solution, LLC v Thimm, 44th District Court Case No. 26-02183-LT, and Stipulated Order to Inspect entered October 20, 2026

**EXHIBIT G** Powers v Bank of America, NA, No. 14-14335 (ED Mich, November 26, 2014), opinion and order granting equitable stay of redemption period.

**EXHIBIT H** May 13, 2026 loss mitigation submission and May 14, 2026 email from Soble PLC to Freedom Mortgage (Verified Complaint Exhibit A)

**EXHIBIT I** Freedom Mortgage letter dated May 19, 2026 closing loss mitigation review (Verified Complaint Exhibit B)