# EXHIBIT B

Sheriff's Deed on Mortgage Sale, recorded June 16, 2026, Liber 61292 Page 668, Doc. No. 20260085350, with Affidavit of Auctioneer, Affidavits of Publication and Posting, and Affidavit of Purchaser

20260085350 Page 1 of 7
LIBER: 61292 PAGE: 668
DOC #20260085350
RECORDED - 06/16/2026 12:20:15 PM
PAGE 1 of 7 RECORDING FEE: $ 30.00
LISA BROWN, CLERK/REGISTER OF DEEDS
OAKLAND COUNTY, MI Receipt #: 40107135

RECEIVED
OAKLAND COUNTY
REGISTER OF DEEDS
2026 JUN 16 PM 12:04

STATE OF MICHIGAN REAL ESTATE TRANSFER TAX
OAKLAND COUNTY
06/16/2026
20260085350
271.15 CO
ST
TX # 40107135

## SHERIFF'S DEED ON MORTGAGE SALE

This Indenture Made this 26th day of May, A.D. 2026, between, ROGER A. ST. JEAN, a Deputy Sheriff in and for Oakland County, Michigan, whose address is 1200 N Telegraph Rd Pontiac, Michigan 48341-1032, party of the first part, and

HP Foreclosure Solution LLC, whose address

is 24300 Joy Rd, Redford MI 48239 party of the second part (hereinafter called the grantee).

WITNESSETH, That Whereas a certain mortgage was granted by Theresa Thim, an unmarried woman, mortgagor(s), to Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns, Mortgagee, dated June 26, 2017, and recorded on June 30, 2017 in Liber 50824 on Page 429 in Instrument 0126453, and assigned by said Mortgagee to Freedom Mortgage Corporation as assignee as documented by an assignment dated January 16, 2024 recorded on January 17, 2024 in Liber 59117 on Page 745, in Oakland County Records, Michigan, and

WHEREAS, Mortgage Electronic Registration Systems, Inc. (MERS) is not the foreclosing party, and

WHEREAS, said mortgage contained a power of sale which has become operative by reason of a default in the condition of said mortgage, and

WHEREAS, no suit or proceedings at law or in equity have been instituted to recover the debt secured by said mortgage or any part thereof, and

WHEREAS, by virtue of said power of sale, and pursuant to the statute of the State of Michigan in such case made and provided, a notice was duly published and a copy thereof was duly posted in a conspicuous place upon the premises described in said mortgage, that the said premises, or some part of them, would be sold at 10:00 AM on the 7th day of October, A.D. 2025 (sale adjourned from October 7, 2025 to May 26, 2026), at public vendue, that being the place of holding the Circuit Court for Oakland County where the premises are situated and

WHEREAS, pursuant to said notice I did, at on the day last aforesaid, expose for sale at public vendue the said lands and tenements hereinafter described, and on such sale did strike off and sell the said lands and tenements to the grantee for the sum of

TP
C
File

Two Hundred Fourty Six thousand & one Dollar 00/100 and 00/100 Dollars

($ 246,001.00), that being the highest bid therefore and the grantee being the highest bidder, and

WHEREAS, said lands and tenements are situated in the City of Royal Oak, Oakland County, Michigan, more particularly described in exhibit A, attached and commonly known as: 229 S Edgeworth Ave

Property Tax Parcel ID 72-25-23-105-014

This property may be located within the vicinity of farmland or a farm operation. Generally, accepted agricultural and management practices, which may generate noise, dust, odors, and other associated conditions, may be used and are protected by the Michigan right to farm act.

Now, this Indenture Witnesseth, That I, the Deputy Sheriff aforesaid, by virtue of and pursuant to the statute in such case made and provided, and in consideration of the sum of money so paid as aforesaid, have granted, conveyed, bargained and sold, and by this deed do grant, convey, bargain and sell unto the grantee, its successors and assigns, forever, all the estate, right, title and interest, which the said Mortgagor(s) had in said land and tenements and every part thereof, on the 26th day of June A.D. 2017, that being the date of said mortgage, or at any time thereafter, to have and to hold the said lands and tenements and every part thereof to the said grantee, its successors and assigns forever, to their sole and only use, benefit and behoof forever, as fully and absolutely as I, the Deputy Sheriff aforesaid, under the authority aforesaid, might, could or ought to sell the same.

IN WITNESS WHEREOF, I have hereunto set my hand and seal, the date and year first above written.

[signature]

Deputy Sheriff in and for the County of Oakland
ROGER A. ST. JEAN

STATE OF MICHIGAN
COUNTY OF OAKLAND

On 5-26-26, before me, a Notary Public in and for said County of ______ came ROGER A. ST. JEAN, a Deputy Sheriff of Oakland County, known to me to be the individual described in and who executed the above conveyance, and who acknowledged that she/he executed the same to be her/his free act and deed as such Deputy Sheriff.

NATHAN COOK
My Commission Expires
March 16, 2030
County of Oakland

[signature]

Notary Public, ______ County, Michigan
My commission expires:
Acting in the county of Oakland

THIS INSTRUMENT IS EXEMPT FROM COUNTY TRANSFER TAX PURSUANT TO 12U.SC. 1452(e) and MCL 207.505(c). THIS INSTRUMENT IS EXEMPT FROM STATE TRANSFER TAX PURSUANT TO 12U.SC. 1452(e); ~~MCL 207.505(e)~~; and MCL 207.526(v).

Prepared By: Mirtem Patel
24300 Joy Rd,
Redford MI 48239

Freddie Mac (DC) #414496256

OK LB3

Return to Counter Customer

FILED IN 44TH DISTRICT COURT, 8/26/2026 8:46 AM

NON-MILITARY AFFIDAVIT

STATE OF MICHIGAN

SS.

COUNTY OF OAKLAND

The undersigned, being first duly sworn, deposes and says that upon investigation she/he is informed and believes that no borrower(s) are currently in active military service of the United States.

John T. Harrison Attorney, Trott Law, PC

Signed and sworn to before me in OAKLAND County, MICHIGAN, on this 19 day of May 2026 by John T. Harrison, Attorney, Trott Law, PC

Stacey Hudson, Notary public
State of Michigan, County of Wayne
My commission expires November 15, 2028
Acting in the County of Oakland