# EXHIBIT C

Affidavit from Auctioneer

EVIDENCE OF SALE (Affidavit of Auctioneer)
STATE OF MICHIGAN

SS.

COUNTY OF OAKLAND

ROGER A. ST. JEAN

, being duly sworn, deposes and says that she/he is a Deputy Sheriff of said Oakland; that she/he acted as Auctioneer, and made the sale as described in the annexed Deed pursuant to the annexed printed notice: that said sale was opened at 10:00 AM on the 26th day of May, A.D. 2026, at the first floor Main entrance to the Court House in Pontiac, Michigan, that being the place of holding the Circuit Court in said Oakland County; that the highest bid for the lands and tenements therein described was 6

Two Hundred Forty Six thousand & one Dollar 00/100 and 00 /100 Dollars

$ 246,001.00 made by HP Foreclosure Solutions LLC ; that said sale was in all respects open and fair; and that she/he did strike off and sell lands and tenements to said bidders, which purchased the said lands and tenements fairly, and in good faith, as deponent verily believes.

I DO HEREBY CERTIFY that the last day to redeem is November 26, 2026, after which the within Sheriff's Deed will become operative, unless determined abandoned in accordance with MCLA 600.3241a, or unless redeemed according to the law, in such case made and provided.

______________________

ROGER A. ST. JEAN

Deputy Sheriff in and for Oakland County, Michigan

Signed and sworn to before me in Oakland County, Michigan, on 5-26-26

______________________

Notary Public, ______________________ County, Michigan
My Commission Expires:
Acting in the county of Oakland

NATHAN COOK
My Commission Expires
March 18, 2030
County of Oakland

Prepared By: Miriam Pettit
24300 Joy Rd.
Redford MI 48239