**EXHIBIT D**

Affidavit from Purchaser

**AFFIDAVIT OF PURCHASER AT FORECLOSURE SALE**
**TO BE RECORDED WITH SHERIFF'S DEED**

On 5/26/2026 , Michele Schiftar, an Agent of HP Foreclosure Solution, LLC being duly sworn, states as follows:

1. This Affidavit is given pursuant to Act No. 538 of Michigan Public Acts of 2004 to amend 1961 Public Act 236 by amending MCL 600.3140, 600.6062 and 600.6066, Sect 2567 as amended by 2002 Public Act 698 and Section 2340 as amended by 2000 PublicAct 380.
2. I amauthorized as Agent to submit this Affidavit on behalf of HP Foreclosure Solution, LLC 24300 Joy Road, Redford, MI 48239 (the "Purchaser"). I have knowledge of the facts stated herein and amcompetent to testify concerning such facts regarding a foreclosure sale scheduled for 5/26/2026 with respect to certain real property commonly known as 229 S Edgeworth Ave, Royal Oak, MI 48067 3969
3. **THIS AFFIDAVIT MAY ONLY BE RECORDED AND USED BY THE PURCHASER DESCRIBED HEREIN IN THE EVENT IT IS THE SUCCESSFUL PURCHASER OF THE PROPERTY: NO OTHER PURCHASER MAY UTILIZE THIS AFFIDAVIT.**
4. The last day the Property can be redeemed is 11/26/2026 **ANY REDEEMING PARTY SHOULD NOTE THAT THIS DATE MAY CHANGE AS SET FORTH IN SUBSEQUENT AFFIDAVITS OR AS PROVIDED BY APPLICABLE MICHIGAN LAW.**
5. The amount necessary to redeem this Property is $246,001.00 plus interest at a per diem rate of $ 28.64 /day Section 600.3240(4). **ANY REDEEMING PARTY SHOULD NOTE THAT THIS AMOUNT MAY INCREASE** to include any amounts paid by the Purchaser described herein for taxes, amounts necessary to redeem senior liens, condominium assessments, homeowner association assessments, community association assessments, insurance premiums, and any other amounts as provided by MCLA 600.3240(4), as well as interest thereon at the interest rate specified in the mortgage from the date of the payment to the date of redemption.
6. The Purchases described herein has designated Michele Schiftar as it's designee responsible to assist an appropriate person redeeming the Property in computing the exact amount required to redeem the Property and to receive redemption funds. If you choose to utilize this assistance, contact Michele Schiftar at 24300 Joy Road, Redford, MI 48239. The computation requires Minimum 3 business days to send out.

[signature]
Michele Schiftar Agent For
HP Foreclosure Solution, LLC

FURTHER DEPONENT SAYETH NOT.

STATE OF MICHIGAN )
)SS
COUNTY OF Wayne )

On this 28th day of May , 20 26, before me, a Notary Public, personally appeared Michele Schiftar , Agent for HP Foreclosure Solution, LLC who executed the above Affidavit of Purchase and acknowledged the same to be her free act and deed.

K. PATEL
NOTARY PUBLIC - MICHIGAN
WAYNE COUNTY
ACTING IN THE COUNTY OF Wayne
MY COMMISSION EXPIRES JUNE 20, 2028

[signature]
Notary Public
Wayne County, Michigan
My Commission Expires: 6·20·2028
Acting in Wayne County, Michigan

Drafted by and when recorded return to:
Michele Schiftar
HP Foreclosure Solution, LLC
24300 Joy Road, Redford, MI 48239