**EXHIBIT F**

Complaint to Recover Possession, HP Foreclosure Solution, LLC v Thimm, 44th District Court Case No. 26-02183-LT, and Stipulated Order to Inspect entered October 20, 2026

Approved, SCAO | Original - Court, 1st copy - Tenant | 2nd copy - Mailing, 3rd copy - Landlord | 56.65 / 13.39

| STATE OF MICHIGAN (A) 44th JUDICIAL DISTRICT | COMPLAINT TO RECOVER POSSESSION OF PROPERTY | CASE NO. 26-02183-LT |
|---|---|---|

Court address: 400 E 11 Mile Rd Royal Oak, MI 48067

Court telephone no.: 248 246 3600

(B) Plaintiff name(s), address(es), and telephone no(s).
HP Foreclosure Solution, LLC

v

Defendant name(s), and address(es)
Theresa Thim, and all other occupants
229 S Edgeworth
Royal Oak, MI 48067

Plaintiff's attorney, bar no., address, and telephone no.
Adam J Devlin P72877
30850 Telegraph Rd Ste 250
Bingham Farms, MI 48025
248 703 6201

**The plaintiff states:**

1. Attached to this complaint is a copy of the lease or occupancy agreement, if any, under which possession is claimed, and a copy of the notice to quit or demand for possession, if any, showing when and how it was served.

(C) 2. ☑ There is no other pending or resolved civil action arising out of the same transaction or occurrence alleged in this complaint.
☐ A civil action between these parties or other parties arising out of the transaction or occurrence alleged in this complaint has been previously filed in ______________ Court. The docket number and assigned judge are ______________.
The action ☐ remains ☐ is no longer pending.

(D) 3. The person entitled to possession of the property described ☐ in the attached notice demand ☑ as follows:
229 S Edgeworth Royal Oak, MI 48067
is HP Foreclosure Solution, LLC
Name (type or print)

(E) 4. The defendant is in possession of the following portion of the property:
229 S Edgeworth Royal Oak, MI 48067

(F) 5. The plaintiff has a right to possession of the property because:
☐ a. a lease expired on ______________. ☐ b. tenancy was terminated by notice to quit.
☐ c. lease terminated per provision in lease (para. no. ____ ) ☐ d. defendant is a trespasser. Explain in space beneath item f.
☐ e. forcible entry was made or possession was held by force after a peaceful entry.
☑ f. other: After inspection pursuant to MCL 600.3238, damage to property either imminenet or has occured and is unremediated.
Describe in detail how the trespass occurred and how the premises are being illegally held. State that no lawful tenancy existed between the parties in the time that has passed since the trespasser took possession. Use a separate sheet of paper if needed.

(G) ☐ 6. The tenancy involves regulated housing operated by or under rules of a governmental unit. The rule or law under which the tenancy is ended is: ______________.

(H) ☑ 7. (This item must be checked if the property is residential property.) The plaintiff declares that this residential property was kept fit for the use intended, has been kept in reasonable repair during the term of the lease or license, and is in compliance with the applicable state and local health and safety laws. (Any defects to this statement must be explained below.)
☐ The disrepair or violation was caused by the tenant's willful or irresponsible conduct or lack of conduct.
☐ The parties to the lease or license modified the obligations, as provided for by statute.
☑ Other: (describe)
Property purchased at sheriff sale, Plaintiff has no knowledge of the fitness of the property.

(I) ☑ 8. The defendant remains in possession of the property.
9. **The plaintiff requests** a judgment of possession and costs.

(J) NOTE TO PLAINTIFF: If you wish to demand a jury trial, you must file a jury demand (MC 22) with the complaint.

**SUPPLEMENTAL COMPLAINT**

(K) ☐ 10. Complaint is made and judgment is sought for money damages against the defendant as follows: Use a separate sheet of paper if needed.

(L) 8/25/2026
Date

/s/ Adam J Devlin
Plaintiff/Attorney signature



Thim I Complaint

FILED IN 44TH DISTRICT COURT, 8/26/2026 6:46 AM

**STATE OF MICHIGAN**
**44th DISTRICT COURT**

**HP Foreclosure Solution, LLC**
**Plaintiff**

**Case No. 26-02183-LT**
**Hon. Andrew W. Kowalkowski**

**V**

**Theresa Thimm.**
**And all Other Occupants**
**Defendants**

---

**ADAM J. DEVLIN (P72877)**
**Attorney for Plaintiff**
**Devlin Law, PLLC**
**30850 Telegraph Rd Suite 250**
**Bingham Farms, MI 48025**
**(248) 703-6201**

**SOBLE PLC**
**David Soble (P49662)**
**George T. Blackmore (P76942)**
**31800 Northwestern Hwy, Ste 350**
**Farmington Hills, MI 48334**
**(888) 789-1715**
**dsoble@provenresource.com**
**gblackmore@provenresource.com**

---

**STIPULATED ORDER TO INSPECT**

At a session of said Court in the County of
Oakland, State of Michigan on October 19, 2026.

PRESENT: JUDGE ANDREW W. KOWALKOWSKI
District Court Judge

UPON FILING the attached Stipulation, and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that Defendant shall permit an interior inspection of the property on October 28, 2026 at 4:00 pm.

IT IS FURTHER ORDERED that this matter is adjourned to November 9, 2026 at 8:31 am.

/s/ Andrew W. Kowalkowski
October 20, 2026
District Court Judge

THE 44TH DISTRICT COURT OF THE STATE OF MICHIGAN TUEBOR

/s/ Adam J Devlin for Plaintiff

/s/ George T Blackmore for Defendant w/ permission