**EXHIBIT H**

May 13, 2026 loss mitigation submission and May 14, 2026 email from Soble PLC to Freedom Mortgage (Verified Complaint Exhibit A)

Docusign Envelope ID: ABE447B0-3B40-8FE0-812A-B3579744EC10

# Borrower Financial Statement

If you are having mortgage payment challenges, please complete and submit this application, along with the required documentation, to Freedom Mortgage by any of the below methods:

MAY 13TH

**Fax:** (866) 505-0949

**Email:** LossMitigation@FreedomMortgage.com

**Overnight Mail:**
Freedom Mortgage
10500 Kincaid Drive, Suite 111
Fishers, IN 46037-9764

**Regular Mail:**
Freedom Mortgage
P.O. Box 50485
Indianapolis, IN 46250-0485

We will contact you within five business days to acknowledge receipt and let you know if you need to send additional information or documents.

We will use the information you provide to help us identify the assistance you may be eligible to receive. If you need help completing this application, please contact us at (855) 690-5900. Customer Care representatives are available to assist you Monday through Friday from 8:00am – 8:00pm and Saturday from 9:00am – 2:00pm Eastern Time. For a list of HUD-approved housing counseling agencies that can provide foreclosure prevention information, contact one of the following federal government agencies:

- The U.S. Department of Housing and Urban Development (HUD) at (800) 569-4287 or www.hud.gov/counseling
- The Consumer Financial Protection Bureau (CFPB) at (855) 411-2372 or www.consumerfinance.gov/mortgagehelp

If you need assistance with translation or other language assistance, HUD-approved housing counseling agencies may be able to assist you. These services are provided without charge.

Freedom Loan Number: [redacted] 7729

## Borrower Information [1]

| Borrower [1a] | | Co-Borrower | |
|---|---|---|---|
| Borrower's Name: THERESA THIMM | | Co Borrower's Name: | |
| Social Securit[redacted]3640 | Date of Birth: 08/19/1975 | Social Security Number: | Date of Birth: |
| Home Phone # with Area Code: 248 320-8694 | | Home Phone # with Area Code: | |
| Cell Phone # with Area Code: 248-320-8694 | | Cell Phone # with Area Code: | |
| Email Address: THERESATHIMM@OUTLOOK.COM | | Email Address: | |
| Preferred contact method (choose all that apply)<br>☒ Cell Phone ☐ Home Phone ☐ Email<br>☒ Text – Checking this box indicates your consent for text | | Preferred contact method (choose all that apply)<br>☐ Cell Phone ☐ Home Phone ☐ Email<br>☐ Text – Checking this box indicates your consent for text | |
| ☒ Same as property address (if checked leave blank)<br>Mailing Address:___<br>City:___ State:___ Zip:___ | | ☐ Same as property address (if checked leave blank)<br>Mailing Address:___<br>City:___ State:___ Zip:___ | |
| Household Composition: | # of Adults 1 | # of Children Ø | |

## Property Information [2]

| | | | |
|---|---|---|---|
| **I/We currently (check one):** | ☒ Reside in this property<br>☐ Reside in a property other than this property | | ☐ Property is vacant |
| **The property is currently (check one):** | ☒ Primary Residence | ☐ A Second Home | ☐ An Investment Property |
| **I/We intend to (check one):** | ☒ Retain the Property<br>☐ Transfer ownership of the property to my servicer | ☐ Sell the Property | ☐ Undecided |





Document Submitted for Filing to MI Oakland County 6th Circuit Court.

Case 2:26-cv-14462-MFL-DRG ECF No. 6-1, PageID.298 Filed 11/24/26 Page 24 of 69
Docusign Envelope ID: ABE447B0-3B40-8FE0-812A-B3579744EC10

| Any Other Liens (solar liens, mortgage liens, mechanics lien, tax liens, etc.) [2a] | | | | |
|---|---|---|---|---|
| Lien Holder's Name | Balance | Interest Rate | Loan Number | Lien Holder's Phone Number |
| | | | | |
| | | | | |
| | | | | |

**Property Listing [2b]**

| | |
|---|---|
| Property listed for sale: ☐ Yes ☒ No | Offer pending on property? ☐ Yes ☐ No<br>Offer pending less than the total amount owed? ☐ Yes ☐ No |
| **If Yes:** | **If Offer Received:** |
| Date Property Listed: | Date of Offer: |
| Asking Price: | Amount of Offer: |
| Listing Agent's Name: | Listing Agent's Number: |

## Active Duty Information [3]

Is any borrower an active duty service member? ☐ Yes ☒ No

Has any borrower been deployed away from his/her primary residence or received a Permanent Change of Station order?

☐ Yes ☒ No

Is any borrower the surviving spouse of or a dependent of a deceased service member who was on active duty at the time of death?

☐ Yes ☒ No

**End of Active Obligated Service (EAOS)/End of Term of Service (ETS) Information**

| | |
|---|---|
| End of Active Obligated Service (EAOS)/End of Term of Service (ETS) Date: | |

If the your EAOS/ETS is less than 12 months from the date of this application, you:

☐ Intend to reenlist/extend ☐ Have already reenlisted ☐ Intend to retire from military service

☐ Have an offer for employment, upon release from active service

## Credit Information [4]

**Credit Counseling Agency [4a]**

Contacted Credit Counseling Agency? ☐ Yes ☒ No

| | |
|---|---|
| Agency Name: | Phone Number: |
| Counselor's Name: | Email Address: |

**Bankruptcy Information [4b]**

Filed Bankruptcy? ☒ Yes ☐ No

Chapter Filed ☐ 7 ☐ 11 ☐ 12 ☒ 13 THREE TIMES TO STOP AUCTION

| | |
|---|---|
| Date Filed: JULY 2024, NOV 17, DEC 8, 2025 | Status: ☐ Active ☐ Discharged ☒ Dismissed ☐ Reaffirmed |
| BK Attorney Name: SCOTT KWIATKOWSKI, SELF, Gudeman ASSOC | BK Case #: 24-46582-MAR<br>25-52458-MAR<br>25-51682-MAR |
| BK Attorney Number: | |





Document Submitted for Filing to MI Oakland County 6th Circuit Court.

Docusign Envelope ID: ABE447B0-3B40-8FE0-812A-B3579744EC10

## Asset Information [5]

| Borrower | | Co-Borrower | |
|---|---|---|---|
| Checking Account | $ — | Checking Account | $ |
| Checking Account | $ — | Checking Account | $ |
| Savings | $ 45 00 | Savings | $ |
| Money Market | $ — | Money Market | $ |
| CD's | $ — | CD's | $ |
| Stocks/Bonds | $ 5500 00 | Stocks/Bonds | $ |
| Other Cash on hand | $ 100 00 | Other Cash on hand | $ |
| Other Real Estate | $ 425K | Other Real Estate | $ |
| Other IRAs | $ 300K | Other | $ |
| Total Borrower Assets | $ 730K | Total Borrower Assets | $ |

## Monthly Income [6]
### All Monthly Income Sources (Documentation is required to support amounts disclosed)

| Borrower | | Co-Borrower | |
|---|---|---|---|
| Monthly Gross Wages | $ | Monthly Gross Wages | $ |
| Overtime | $ | Overtime | $ |
| Tips, Commissions and Bonuses | $ | Tips, Commissions and Bonuses | $ |
| Self-employed income | $ | Self-employed income | $ |
| Unemployment income | $ | Unemployment income | $ |
| Social Security Income | $ | Social Security Income | $ |
| SSDI or Other Non-Taxable Social Security Income | $ | SSDI or Other Non-Taxable Social Security Income | $ |
| Death Benefits | $ | Death Benefits | $ |
| Pension, Annuities, or Retirement Plan Income | $ 4000 00 | Pension, Annuities, or Retirement Plan Income | $ |
| Interest & Dividends Income | $ | Interest & Dividends Income | $ |
| Food Stamps/Welfare | $ | Food Stamps/Welfare | $ |
| Child Support** | $ | Child Support | $ |
| Alimony** | $ | Alimony** | $ |
| Foster Care Income | $ | Foster Care Income | $ |





Document Submitted for Filing to MI Oakland County 6th Circuit Court.

| | | | |
|---|---|---|---|
| Gross Rents Received*** | $ — | Gross Rents Received*** | $ |
| Other ______ | $ | Other ______ | $ |
| Total (Gross Income): | $ 4000 | Total (Gross Income): | $ |
| **Non-borrower contribution:** Will the non-borrower contribute all of their income to household expenses and mortgage payments? | | ❑Yes: Complete Contributor application ❑No: Complete Boarder info sheet | $ |

**Notice: Alimony, Child Support, or Separate Maintenance income need not be revealed if you do not choose to have it considered for repaying this loan. If income is disclosed, it will have to be taken into account when reviewing for workout eligibility.

***Include rental income/expenses received from all properties you own EXCEPT a property for which you are contributing to in this section.

## Monthly Expenses [7]

| Installment Payments | | Utility Expenses | |
|---|---|---|---|
| Credit Cards | $ — | Electric/Heating Fuel | $ 200.00 |
| Student Loans | $ 0 | Water & Sewer | $ 60.00 |
| Auto Loan 1 | $ 425.00 | Telephone/Cell Phone | $ 30.00 |
| Auto Loan 2 | $ | Garbage | $ — |
| 1st Mortgage (THIS ONE) | $ 1912.00 | Security | $ — |
| 2nd Mortgage | $ | Cable TV/Satellite/Internet | $ 30.00 |
| Home Equity Loan | $ — | Rent (not in monthly installments) | $ 320.00 |
| Other Mortgages or Consumer Loans | $ — | Other Utilities | $ — |
| Total Installment: | $ 2337.00 | Total Utilities: | $ 320.00 |
| **Transportation Expenses** | | **Other Expenses** | |
| Gas | $ 50.00 | Child Support/Alimony | $ — |
| Bus Fare | $ | Child Care | $ — |
| Subway/Train | $ | Tuition | $ — |
| Carpool | $ | Auto Insurance | $ 208.00 |
| Other ______ | $ | Life Insurance | $ — |
| Total Transportation: | $ 50.00 | Health Insurance (not deducted from pay) | $ — |



Document Submitted for Filing to MI Oakland County 6th Circuit Court.

| Food, Clothing & Other Expenses | | Medical and Dental | $ |
|---|---|---|---|
| Food | $ 200.00 | Tithing/Charity Contributions | $ |
| Clothing | $ — | Home Maintenance | $ |
| Laundry/Dry Cleaning | $ — | HOA/Condo Fees | $ |
| Housekeeping Supplies | $ — | Taxes (non-escrow loan) | $ 458.00 |
| Other ______________ | $ — | Homeowner's Insurance (non-escrow loan) | $ 100.00 |
| Total Food, Clothing, Other: | $ 200.00 | Total Other: | $ 858.00 |

## Hardship Affidavit [8]

The hardship causing mortgage payment challenges began on approximately (date) [redacted] and is believed to be: SEE NOTE ON NEXT PAGE.

- (circled) Short-term (up to 6 months)
- Long-term or permanent (greater than 6 months)
- Resolved as of (date) ______________

| Type of Hardship (check all that apply) | Required Hardship Documentation: |
|---|---|
| ☒ Unemployment | If FHA loan, require the following documents:<br>➢ Unemployment Affidavit (Enclosed) - Only required if you are currently unemployed; Or<br>➢ 3rd Party documentation reflecting receipt of unemployment benefits; Or<br>➢ Documentation from prior employer proving termination/laid off |
| ☐ Reduction in Income: a hardship that has caused a decrease in your income due to circumstances outside your control (e.g., elimination of overtime, reduction in regular working hours, a reduction in base pay) | If FHA loan, require the following documents:<br>☐ **Elimination of overtime, reduction in regular working hours, or a reduction in base pay**<br>➢ 2 most recent paycheck stubs reflecting the reduction on income due; Or<br>➢ Most recent bank statement reflecting the lack of direct/wage deposits; Or<br>➢ A letter from employer stating that income has been reduced<br>☐ **Business Failure/Closure**<br>➢ Schedule K-1 (Form 1065) Final filed with the IRS; AND<br>➢ Certificate of Dissolution/Articles of Dissolution filed with the registered agent or Secretary of State's office; AND<br>➢ Most recent tax return not showing business filed any longer<br>☐ **Business Income Reduction**<br>➢ Profit & Loss Statement showing loss or decrease from prior year's tax return income; AND<br>➢ Most recent business bank statements reflecting more outgoing deductions than deposits. |
| ☐ Increase in Housing Expenses: a hardship that has caused an increase in your housing expenses due to circumstances outside your control | If FHA loan, require the following documents:<br>☐ **For Rate Adjustments from other lenders**<br>➢ 2 most recent mortgage statements from lender reflect rate adjustment<br>☐ **For Property Tax Increase**<br>➢ Most recent property tax bill<br>☐ **For Non-Disaster related household repairs**<br>➢ Paid invoices or receipts from Construction Company for Repair; AND<br>➢ Bank statements showing charges from home improvement |



Document Submitted for Filing to MI Oakland County 6th Circuit Court.

Docusign Envelope ID: ABE447B0-3B40-8FE0-812A-B3579744EC10

| | |
|---|---|
| ❑ Divorce or legal separation; Separation of Borrowers unrelated by marriage, civil union or similar domestic partnership under applicable law | ➢ Divorce Decree Signed by the court; **Or**<br>➢ Separation agreement signed by the court; **AND**<br>➢ Recorded quitclaim deed evidencing that the non-occupying Borrower or Co-Borrower has relinquished all rights to the property |
| ❑ **Death of a borrower or death of either the primary or secondary wage earner in the household** | ➢ Death Certificate; **Or**<br>➢ Obituary or newspaper article reporting the death<br><br>***NOTE:*** *This information is being requested to document your hardship.*<br><br>*If you believe you are a successor in interest, please contact us at (855) 690-5900, Monday through Friday from 8:00am – 10:00pm and Saturday from 9:00am – 6:00pm Eastern Time, to start the confirmation process.* |
| ❑ **Long-term or permanent disability; Serious illness of a borrower/co-borrower or dependent family member** | ➢ Proof of monthly insurance benefits or government assistance (if applicable); **Or**<br>➢ Written statement of other documentation verifying disability or illness; **Or**<br>➢ Doctor's certificate of illness or disability; **Or**<br>➢ Proof of paid medical bills<br><br>**Note**: *Detailed medical information is not required, and information from a Medical provider is not required* |
| ❑ **Disaster (natural or man-made) adversely impacting the property or Borrower's place of employment** | ➢ Insurance Claim; **Or**<br>➢ Federal Emergency Management Agency grant or Small Business Administration loan; **Or**<br>➢ Borrower or Employer property located in a federally declared disaster area |
| ❑ **Distant employment transfer / Relocation** | **For active-duty service members:**<br>➢ Permanent Change of Station (PCS) orders or letter showing transfer.<br>**For employment transfers/new employment:**<br>➢ Copy of signed offer letter or notice from employer showing transfer to a new location or written explanation if employer documentation not applicable, AND<br>➢ Documentation that reflects the amount of any relocation assistance provided (not required for those with PCS orders) |
| ❑ **Other: A Hardship that is not covered above** | ➢ Written explanation describing the details of the hardship and relevant documentation to prove hardship. |

I WAS LAID OFF FROM MY LAST JOB. MY PARTNER OF 17 YEARS PASSED AWAY, THEN MY MOM, THEN ANOTHER FAMILY MEMBER; SINCE THEN I HAVE BEEN FORCED TO FILE BANKRUPSY THREE TIMES TO STOP THE SALE OF MY HOME BECAUSE THIS COMPANY CANT SEEM TO PROCESS MY APP NOR APPLY THE DEFERMENT FOR THE COVID 19 FORBEARANCE THIS HAS KILLED MY CREDIT, AND CAUSED EXTREEM MENTAL & NOW PHYSICAL HEALTH ISSUES DISRUPTING EVERY CHANCE I'VE HAD TO FOCUS ON FINDING N[illegible]



kidEkooyri€47:

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

Docusign Envelope ID: ABE447B0-3B40-8FE0-812A-B3579744EC10

## Borrower Certification and Agreement

1. I certify and acknowledge that all of the information in this Mortgage Assistance Application is truthful, and the hardship I identified contributed to my need for mortgage relief. Knowingly submitting false information may violate Federal and other applicable law.
2. I agree to provide my servicer with all required documents, including any additional supporting documentation as requested, and will respond in a timely manner to all servicer or authorized third party* communications.
3. I acknowledge and agree that my servicer is not obligated to offer me assistance based solely on the representations in this document or other documentation submitted in connection with my request.
4. I consent to the servicer or authorized third party* obtaining a current credit report for the borrower and co- borrower.
5. I consent to the disclosure by my servicer, authorized third party,* or any investor/guarantor of my mortgage loan(s), of any personal information collected during the mortgage assistance process and of any information about any relief I receive, to any third party that deals with my first lien or subordinate lien (if applicable) mortgage loan(s), including Fannie Mae, Freddie Mac, or any investor, insurer, guarantor, or servicer of my mortgage loan(s) or any companies that provide support services to them, for purposes permitted by applicable law. Personal information may include but is not limited to: (a) my name, address, telephone number, (b) my Social Security number, (c) my credit score, (d) my income, and (e) my payment history and information about my account balances and activity.
6. I consent to allow Freedom Mortgage Corporation to verify my past and present employment earnings records, tax transcripts, bank accounts, stock holdings and any other asset balances that are needed to process my request for mortgage assistance.
7. I agree that the terms of this borrower certification and agreement will apply to any modification trial period plan, repayment plan, or forbearance plan that I may be offered based on this application. If I receive an offer for a modification trial period plan or repayment plan, I agree that my first timely payment under the plan will serve as acceptance of the plan.
8. A condemnation notice has not been issued for the property.
9. I consent to being contacted concerning this request for mortgage assistance at any telephone number, including mobile telephone number, or email address I have provided to the Lender/Servicer/ or authorized third party*.

☒ By checking this box, I also consent to being contacted by text messaging.

| | | | |
|---|---|---|---|
| | [redacted] | 08/19/1975 | 04/27/2026 |
| Borrower #1 Signature | Social Security Number | Date of Birth | Date |
| Borrower #2 Signature | Social Security Number | Date of Birth | Date |
| Borrower #3 Signature | Social Security Number | Date of Birth | Date |
| Borrower #4 Signature | Social Security Number | Date of Birth | Date |

*An authorized third party may include, but is not limited to, a counseling agency, Housing Finance Agency (HFA) or other similar entity that is assisting me in obtaining a foreclosure prevention alternative.





Document Submitted for Filing to MI Oakland County 6th Circuit Court.

Docusign Envelope ID: ABE447B0-3B40-8FE0-812A-B3579744EC10

FREEDOM MORTGAGE
P.O. Box 50485, Indianapolis, IN 46250-0485

# Borrower Signature Authorization and Taxpayer Consent

I hereby authorize Freedom Mortgage Corporation ("the Servicer") to verify my past and present employment earnings records, bank accounts, stock holdings, and any other asset balances that are needed to process my application. I further authorize the Servicer to order a consumer credit report and verify other credit information, including past and present mortgage and landlord references. It is understood that a copy of this form will also serve as authorization.

The information Freedom Mortgage Corporation obtains is only to be used in the processing of my application.

I understand, acknowledge, and agree that Freedom Mortgage Corporation (Lender) and Other Loan Participants can obtain, use and share tax return information for purposes of (i) providing an offer; (ii) originating, maintaining, managing, monitoring, servicing, selling, insuring, and securitizing a loan; (iii) marketing; or (iv) as otherwise permitted by applicable laws, including state and federal privacy and data security laws. The Lender includes the Lender's affiliates, agents, service providers and any of aforementioned parties' successors and assigns. The Other Loan Participants includes any actual or potential owners of a loan resulting from your loan application, or acquirers of any beneficial or other interest in the loan, any mortgage insurer, guarantor, any servicers or service providers for these parties and any of aforementioned parties' successors and assigns.

| | |
|---|---|
| Borrower | 04/24/26<br>Date |
| Co-Borrower | Date |



Document Submitted for Filing to MI Oakland County 6th Circuit Court.

Docusign Envelope ID: ABE447B0-3B40-8FE0-812A-B3579744EC10

Form **4506-C** (October 2022)

Department of the Treasury - Internal Revenue Service

# IVES Request for Transcript of Tax Return

OMB Number 1545-1872

**Do not sign this form unless all applicable lines have been completed.**
**Request may be rejected if the form is incomplete or illegible.**
**For more information about Form 4506-C, visit *www.irs.gov* and search IVES.**

**1a** Current name
i. First name: THERESA
ii. Middle initial: M
iii. Last name/BMF company name: THIMM

**1b** [redacted]mber *(see instructions)*
[redacted]-8640

**2a** Spouse's current name *(if joint return and transcripts are requested for both taxpayers)*
i. Spouse's first name
ii. Middle initial
iii. Spouse's last name

**2b.** Spouse's taxpayer identification number *(if joint return and transcripts are requested for both taxpayers)*

**1c** Previous name shown on the last return filed if different from line 1a
i. First name
ii. Middle initial
iii. Last name

**2c** Spouse's previous name shown on the last return filed if different from line 2a
i. First name
ii. Middle initial
iii. Last name

**3** Current address *(including apt., room, or suite no.), city, state, and ZIP code (see instructions)*

| a. Street address *(including apt., room, or suite no.)* | b. City | c. State | d. ZIP code |
|---|---|---|---|
| 229 S. EDGEWORTH AVE. | ROYAL OAK | MI | 48067 |

**4** Previous address shown on the last return filed if different from line 3 *(see instructions)*

| a. Street address *(including apt., room, or suite no.)* | b. City | c. State | d. ZIP code |
|---|---|---|---|
| | | | |

**5a** IVES participant name, ID number, SOR mailbox ID, and address

| i. IVES participant name | ii. IVES participant ID number | iii. SOR mailbox ID | |
|---|---|---|---|
| Data Verify | | | |
| **iv.** Street address *(including apt., room, or suite no.)* | v. City | vi. State | vii. ZIP code |
| 250 E. Broad Street Suite 2100 | Colombus | OH | 43215 |

**5b** Customer file number *(if applicable) (see instructions)*

**5c** Unique identifier *(if applicable) (see instructions)*

**5d** Client name, telephone number, and address *(this field cannot be blank or not applicable (NA))*

| i. Client name | | | ii. Telephone number |
|---|---|---|---|
| Freedom Mortgage | | | 1-855-690-5900 |
| iii. Street address *(including apt., room, or suite no.)* | iv. City | v. State | vi. ZIP code |
| 6860 North Argonne St, Unit A | Denver | CO | 80249 |

**Caution**. This tax transcript is being sent to the third party entered on Line 5a and/or 5d. Ensure that lines 5 through 8 are completed before signing. *(see instructions)*

**6 Transcript requested**. Enter the tax form number here (1040, 1065, 1120, etc.) and check the appropriate box below. Enter only one tax form number per request for line 6 transcripts
1040

**a.** Return Transcript ☐ **b.** Account Transcript ☐ **c.** Record of Account ☒

**7. Wage and Income transcript** *(W-2, 1098-E, 1099-G, etc.)* ☒

**a.** Enter a max of three form numbers here; if no entry is made, all forms will be sent

**b** Mark the checkbox for taxpayer(s) requesting the wage and income transcripts. If no box is checked, transcripts will be provided for all listed taxpayers
Line 1a ☐ Line 2a ☐

**8** Year or period requested. Enter the ending date of the tax year or period using the mm dd yyyy format *(see instructions)*
12 / 31 / 2022 12 / 31 / 2021 12 / 31 / 2020 12 / 31 / 2023

**Caution:** Do not sign this form unless all applicable lines have been completed.

**Signature of taxpayer(s).** I declare that I am either the taxpayer whose name is shown on line 1a or, if applicable, line 2a, or a person authorized to obtain the tax information requested. If the request applies to a joint return, at least one spouse must sign; however, if both spouses' names and TINs are listed in lines 1a-1b and 2a-2b, both spouses must sign the request. If signed by a corporate officer, 1 percent or more shareholder, partner, managing member, guardian, tax matters partner, executor, receiver, administrator, trustee or party other than the taxpayer, I certify that I have the authority to execute Form 4506-C on behalf of the taxpayer. **Note**. This form must be received by IRS within 120 days of the signature date.

☒ **Signatory attests that he/she has read the above attestation clause and upon so reading declares that he/she has the authority to sign the Form 4506-C. See instructions.**

**Sign Here**

Signature for Line 1a *(see instructions)*: [signature]
Date: 04/27/26
Phone number of taxpayer on line 1a or 2a: 248-320-8694

☐ Form 4506-C was signed by an Authorized Representative
☐ Signatory confirms document was electronically signed

**Print/Type name**: THERESA THIMM

**Title** *(if line 1a above is a corporation, partnership, estate, or trust)*

**Spouse's signature** *(required if listed on Line 2a)*
Date

☐ Form 4506-C was signed by an Authorized Representative
☐ Signatory confirms document was electronically signed

**Print/Type name**



Document Submitted for Filing to MI Oakland County 6th Circuit Court.

Docusign Envelope ID: ABE447B0-3B40-8FE0-812A-B3579744EC10

# Instructions for Form 4506-C, IVES Request for Transcript of Tax Return

Section references are to the Internal Revenue Code unless otherwise noted.

## Future Developments

For the latest information about Form 4506-C and its instructions, go to *www.irs.gov* and search IVES. Information about any recent developments affecting Form 4506-C (such as legislation enacted after we released it) will be posted on that page.

**What's New**. Form 4506-C includes the Client company requesting transcripts and increased the number of Wage and Income transcripts requests.

## General Instructions

**Caution**. Do not sign this form unless all applicable lines have been completed.

**Designated Recipient Notification**. Section 6103(c) limits disclosure and use of return information received pursuant to the taxpayer's consent and holds the recipient subject to penalties for any unauthorized access, other use, or redisclosure without the taxpayer's express permission or request.

**Taxpayer Notification**. Section 6103(c) limits disclosure and use of return information provided pursuant to your consent and holds the recipient subject to penalties, brought by private right of action, for any unauthorized access, other use, or redisclosure without your express permission or request.

**Purpose of form**. Use Form 4506-C to request tax return information through an authorized IVES participant. You will designate an IVES participant to receive the information on line 5a.

**Note**. If you are unsure of which type of transcript you need, check with the party requesting your tax information.

**Where to file**. The IVES participant will fax Form 4506-C with the approved IVES cover sheet to their assigned Service Center.

### *Chart for ordering transcripts*

| If your assigned Service Center is: | Fax the requests with the approved coversheet to: |
|---|---|
| Austin Submission Processing Center | Austin IVES Team 844-249-6238 |
| Kansas City Submission Processing Center | Kansas City IVES Team 844-249-8128 |
| Ogden Submission Processing Center | Ogden IVES Team 844-249-8129 |

## Specific Instructions

**Line 1a/2a** *(if spouse is also requested)*. For IMF Requests: Enter the First, Middle Initial, and Last Name in the indicated fields. If all characters will not fit, please enter up to 12 for First name and 22 for Last name. For BMF Requests: Enter the company name in the Last Name field. If all characters will not fit, please enter up to 22.

**Line 1b/2b** *(if spouse is also requested)*. Enter the social security number (SSN) or individual taxpayer identification number (ITIN) for the individual listed on line 1a including the dashes in the correct format, or enter the employer identification number (EIN) for the business listed on line 1a including the dashes in the correct format.

**Line 1c/2c** *(if spouse is also requested)*. Enter your previous name as shown on your last filed tax return if different than line 1a.

**Line 3**. Enter your current address in the indicated fields. If you use a P.O. Box, include it and the number in the Current Address field.

**Line 4**. Enter the address shown on the last return filed if different from the address entered on line 3.

**Note**. If the addresses on lines 3 and 4 are different and you have not changed your address with the IRS, file Form 8822, Change of Address, or Form 8822-B, Change of Address or Responsible Party — Business, with Form 4506-C.

**Line 5b**. Enter up to 10 numeric characters to create a unique customer file number that will appear on the transcript. The customer file number cannot contain an SSN, ITIN or EIN. Completion of this line is not required.

**Line 5c**. Enter up to 10 alpha-numeric characters to create a unique identifier that will show in the mailbox file information. The unique identifier cannot contain an SSN, ITIN or EIN. Completion of this line is not required.

**Note**. If you use an SSN, we will not input the information and the customer file number or unique identifier will reflect a generic entry of "9999999999".

**Line 5d**. Enter the Client company name, address, and phone number in the indicated fields. A Client company receives the requested tax transcripts from the IVES participant. If the IVES participant is also the Client company, the IVES participant information should be entered on Line 5a and 5d. These fields cannot be blank or Not Applicable (NA).

**Line 6**. Enter only one tax form number (1040, 1065, 1120, etc.) per request for all line 6 transcripts request types.

**Line 6a**. Return Transcript includes most of the line items of a tax return as filed with the IRS. A tax return transcript does not reflect changes made to the account after the return is processed. Transcripts are only available for the following returns: Form 1040 series, Form 1065, Form 1120, Form 1120-H, Form 1120-L, and Form 1120-S. Return transcripts are available for the current year and returns processed during the prior 3 processing years.

**Line 6b**. Account Transcript contains information on the financial status of the account, such as payments made on the account, penalty assessments, and adjustments made by you or the IRS after the return was filed. Return information is limited to items such as tax liability and estimated tax payments. Account transcripts are available for most returns.

**Line 6c**. Record of Account provides the most detailed information as it is a combination of the Return Transcript and the Account Transcript. Available for current year and 3 prior tax years.

**Line 7**. The IRS can provide a transcript that includes data from these information returns: Form W-2, Form 1099 series, Form 1098 series, or Form 5498 series transcript. Enter up to three information return types. If no specific type is requested, all forms will be provided. State or local information is not included with the Form W-2 information. The IRS may be able to provide this transcript information for up to 10 years. Information for the current year is generally not available until the year after it is filed with the IRS. For example, Form W-2 information for 2016, filed in 2017, will likely not be available from the IRS until 2018. If you need Form W-2 information for retirement purposes, you should contact the Social Security Administration at 1-800-772-1213.

**Line 8**. Enter the end date of the tax year or period requested in mm dd yyyy format. This may be a calendar year, fiscal year or quarter. Enter each quarter requested for quarterly returns. Example: Enter 12 31 2018 for a calendar year 2018 Form 1040 transcript.

CAUTION *You must check the box in the signature area to acknowledge you have the authority to sign and request the information. The form will not be processed if unchecked.*

**Signature and date**. Form 4506-C must be signed and dated by the taxpayer listed on line 1a and, if listed, 2a. The IRS must receive Form 4506-C within 120 days of the date signed by the taxpayer or it will be rejected. Ensure that all applicable lines, including lines 5a through 8, are completed before signing.

**Authorized Representative**. A representative can sign Form 4506-C for a taxpayer if the taxpayer has specifically delegated this authority to the representative on Form 2848, line 5a, and Form 2848 is attached to the Form 4506-C request. If you are Heir at Law, Next of Kin, or Beneficiary, you must be able to establish a material interest in the estate or trust. If Form 4506-C is signed by a representative, the Authorized Representative check box must be marked.

**Electronic Signature**. Only IVES participants that opt in to the Electronic Signature usage can accept electronic signatures. Contact the IVES participant for approval and guidance for electronic signatures. If the Form 4506-C is signed electronically, the Electronic Signature check box must be marked.

**Individuals**. Transcripts listed on line 6 may be furnished to either spouse if jointly filed. Signatures are required for all taxpayers listed on Line 1a and 2a.

**Corporations**. Generally, Form 4506-C can be signed by (1) an officer having legal authority to bind the corporation, (2) any person designated by the board of directors or other governing body, or (3) any officer or employee on written request by any principal officer and attested to by the secretary or other officer. A bona fide shareholder of record owning 1 percent or more of the outstanding stock of the corporation may submit a Form 4506-C but must provide documentation to support the requester's right to receive the information.

**Partnerships**. Generally, Form 4506-C can be signed by any person who was a member of the partnership during any part of the tax period requested on line 8.

**All others**. See section 6103(e) if the taxpayer has died, is insolvent, is a dissolved corporation, or if a trustee, guardian, executor, receiver, or administrator is acting for the taxpayer.

**Documentation**. For entities other than individuals, you must attach the authorization document. For example, this could be the letter from the principal officer authorizing an employee of the corporation or the letters testamentary authorizing an individual to act for an estate.

**Privacy Act and Paperwork Reduction Act Notice.** We ask for the information on this form to establish your right to gain access to the requested tax information under the Internal Revenue Code. We need this information to properly identify the tax information and respond to your request. You are not required to request any transcript; if you do request a transcript, sections 6103 and 6109 and their regulations require you to provide this information, including your SSN or EIN. If you do not provide this information, we may not be able to process your request. Providing false or fraudulent information may subject you to penalties.

Routine uses of this information include giving it to the Department of Justice for civil and criminal litigation, and cities, states, the District of Columbia, and U.S. commonwealths and possessions for use in administering their tax laws. We may also disclose this information to other countries under a tax treaty, to federal and state agencies to enforce federal nontax criminal laws, or to federal law enforcement and intelligence agencies to combat terrorism.

You are not required to provide the information requested on a form that is subject to the Paperwork Reduction Act unless the form displays a valid OMB control number. Books or records relating to a form or its instructions must be retained as long as their contents may become material in the administration of any Internal Revenue law. Generally, tax returns and return information are confidential, as required by section 6103.

The time needed to complete and file Form 4506-C will vary depending on individual circumstances. The estimated average time is:

| | |
|---|---|
| **Learning about the law or the form** | 10 min. |
| **Preparing the form** | 12 min. |
| **Copying, assembling, and sending the form to the IRS** | 20 min. |

If you have comments concerning the accuracy of these time estimates or suggestions for making Form 4506-C simpler, we would be happy to hear from you. You can write to:

Internal Revenue Service
Tax Forms and Publications Division
1111 Constitution Ave. NW, IR-6526
Washington, DC 20224

Do not send the form to this address. Instead, see Where to file on this page.



Document Submitted for Filing to MI Oakland County 6th Circuit Court.

Docusign Envelope ID: ABE447B0-3B40-8FE0-812A-B3579744EC10

**HELP FOR AMERICA'S HOMEOWNERS**

MAKING HOME AFFORDABLE

## *Dodd-Frank Certification*

The following information is requested by the federal government in accordance with the Dodd-Frank Wall Street Reform and Consumer Protection Act (Pub. L. 111-203). **You are required to furnish this information.** The law provides that no person shall be eligible to begin receiving assistance from the Making Home Affordable Program, authorized under the Emergency Economic Stabilization Act of 2008 (12 U.S.C. 5201 *et seq.*), or any other mortgage assistance program authorized or funded by that Act, if such person, in connection with a mortgage or real estate transaction, has been convicted, within the last 10 years, of any one of the following: (A) felony larceny, theft, fraud, or forgery, (B) money laundering or (C) tax evasion.

I/we certify under penalty of perjury that I/we have not been convicted within the last 10 years of any one of the following in connection with a mortgage or real estate transaction:

(a) felony larceny, theft, fraud, or forgery,
(b) money laundering or
(c) tax evasion.

I/we understand that the servicer, the U.S. Department of the Treasury, or their agents may investigate the accuracy of my statements by performing routine background checks, including automated searches of federal, state and county databases, to confirm that I/we have not been convicted of such crimes. I/we also understand that knowingly submitting false information may violate Federal law.

This Certificate is effective on the earlier of the date listed below or the date received by your servicer.

| Borrower Signature | Social Security Number | Date of Birth | Date |
|---|---|---|---|
| [signature] | [redacted]-8640 | 08/19/1975 | 01/27/26 |

| Co-Borrower Signature | Social Security Number | Date of Birth | Date |
|---|---|---|---|
| | | | |

807-4014-0814F

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

Docusign Envelope ID: ABE447B0-3B40-8FE0-812A-B3579744EC10

Freedom Mortgage
P.O. Box 50485, Indianapolis, IN 46250-0485

# Unemployment Affidavit

Freedom Loan Number: [redacted]7729

Property Address: 229 S. Edgeworth Ave, Royal Oak MI 48067

I (Borrower Name) Theresa Thimm hereby certify and state that the following items are all true and accurate:

1. Became unemployed on March 2023 (day, month, year)
2. Am actively seeking and available for employment.
3. Will notify you promptly after I become gainfully employed.

Signed this 27 day of April, 2026

[signature]
Borrower Signature

By signing this affidavit, I am confirming the above statements.

Please return the signed agreement:

**By e-mail:**
LossMitigation@FreedomMortgage.com

**By mail:**

**Overnight**
Freedom Mortgage
10500 Kincaid Drive, Suite 111
Fishers, IN 46037-9764

**Regular Mail**
Freedom Mortgage
P.O. Box 50485
Indianapolis, IN 46250-0485

**By phone:**
(855) 690-5900

**By fax:**
(866) 505-0949



Document Submitted for Filing to MI Oakland County 6th Circuit Court.

N/A - NO CONTRIBUTORS.

## Contributor Application

This form must be completed by anyone that wants to be considered in the review for loss mitigation options and is a 100% contributor towards the mortgage payment and/or any other household expenses. Contributor will be required to provide documentation to prove income and confirm residency in subject property. Additionally, this form must be completed to disclose information about (1) you and your residency status; (2) information about your income, expenses and financial assets and (3) information about the mortgage(s) or other single-family real estate that you own.

| | |
|---|---|
| **Freedom Loan Number** | [redacted] 7729 |
| **Freedom Borrower Name** | THERESA THIMM |
| **Property Address** | 229 S. EDGEWORTH AVE. |

The undersigned borrower authorizes Freedom Mortgage to review the referenced Contributor and, if needed, add to their Freedom Mortgage account.

**Borrower Signature** ______________________ **Date** 04/27/26

| **Contributor #1 [1a]** | | **Contributor #2 [1b]** | |
|---|---|---|---|
| Contributor's Name: NONE | | Contributor's Name: NONE | |
| Social Security Number: | Date of Birth: | Social Security Number: | Date of Birth: |
| Home Phone # with Area Code: | | Home Phone # with Area Code: | |
| Cell Phone # with Area Code: | | Cell Phone # with Area Code: | |
| ❑ Same as property address (if checked leave blank)<br>Mailing Address:______<br>City:______ State:______ Zip:______ | | ❑ Same as property address (if checked leave blank)<br>Mailing Address:______<br>City:______ State:______ Zip:______ | |
| Email Address: | | Email Address: | |

## Contributor Financial Information [2]

| **All Contributor Monthly Income Sources (Documentation is required to support contribution amount) [2a]** | | **Monthly Contributor Expenses/Debts [2b]** | | **Expenses/Debts (con't)** | |
|---|---|---|---|---|---|
| Monthly Gross Wages | $ | Other Mortgages*** | $ | HOA/Condo Fees (Documentation Required)*** | $ |
| Overtime | $ | Student Loans | $ | Taxes (non-escrow loan)*** | $ |
| Tips, Commissions, and Bonuses | $ | Auto Loan(s) | $ | Tithing/Charity Contributions | $ |
| Self-employed Income | $ | Credit Cards | $ | Other ______ | $ |
| Unemployment Income | $ | Other Consumer Loans | $ | **Total Debt/Expenses:** | **$** |
| Social Security Income | $ | Utilities | $ | | |



Document Submitted for Filing to MI Oakland County 6th Circuit Court.

Docusign Envelope ID: ABE447B0-3B40-8FE0-812A-B3579744EC10

| | | | | | |
|---|---|---|---|---|---|
| SSDI or Other Non-Taxable Social Security Income | $ | Cable | $ | **Contributor Assets [2c]** | |
| Death Benefits | $ | Rent (not in monthly installments) | $ | Checking Account(s) | $ |
| Pension, Annuities, or Retirement Plan Income | $ | Transportation (i.e. Gas, Subway, Bus Fare, etc.) | | Checking Account(s) | $ |
| Interest & Dividends Income | $ | Living Expenses (i.e. Food, Clothing, Supplies, etc.) | | Savings/Money Market | $ |
| Food Stamps/Welfare | $ | Child Support** | $ | CD's | $ |
| Child Support/Alimony** | $ | Alimony** | $ | Stocks/Bonds | $ |
| Foster Care Income | $ | Child Care | $ | Other Cash on hand | $ |
| Gross Rents Received*** | $ | Auto Insurance | $ | Other Real Estate | $ |
| Other ___________ | $ | Health/Life Insurance (not deducted from pay) | $ | Other ___________ | $ |
| **Total (Gross Income):** | **$** | Homeowner's Insurance (non-escrow loan) | $ | **Total Assets** | **$** |

**Notice: Alimony, Child Support, or Separate Maintenance income need not be revealed if you do not choose to have it considered for repaying this loan.

***Include rental income/expenses received from all properties you own EXCEPT a property for which you are contributing to in this section.

## Active Duty [3]

Is any contributor an active duty service member?

❑ Yes ❑ No

Has any contributor been deployed away from his/her primary residence or received a Permanent Change of Station order?

❑ Yes ❑ No

Is any contributor the surviving spouse or a dependent of a deceased service member who was on active duty at the time of death?

❑ Yes ❑ No

**End of Active Obligated Service (EAOS)/End of Term of Service (ETS) Information**

| | |
|---|---|
| End of Active Obligated Service (EAOS)/End of Term of Service (ETS) Date: | |

If the your EAOS/ETS is less than 12 months from the date of this application, you:

❑ Intend to reenlist/extend ❑ Have already reenlisted ❑ Intend to retire from military service

❑ Have an offer for employment, upon release from active service



Document Submitted for Filing to MI Oakland County 6th Circuit Court.

Docusign Envelope ID: ABE447B0-3B40-8FE0-812A-B3579744EC10

# Contributor Acknowledgment and Agreement

1. I certify that all of the information in this Contributor Package is truthful.
2. I understand and acknowledge that the Servicer, the U.S. Department of the Treasury, the owner or guarantor of the mortgage loan, or their respective agents may investigate the accuracy of my statements, may require me to provide additional supporting documentation and that knowingly submitting false information may violate Federal and other applicable law.
3. Although I am not a borrower on the loan for which modification assistance is requested, I currently: (initial appropriate occupancy status)
   - ☐ reside in and intend to continue to reside in this property
   - ☐ live in a property other than this property
4. I certify that I am a 100% contributor towards the mortgage payment or any other household expenses each month and I will continue to do so for the foreseeable future.
5. I authorize and give permission to the Servicer, the U.S. Department of the Treasury, and their respective agents, to pull my credit report to verify occupancy status.
6. I certify that the residence I am contributing to is a habitable residential property that is not subject to a condemnation notice.
7. I certify that I am willing to provide all requested documents and to respond to all Servicer communications in a timely manner. I understand that time is of the essence.
8. I understand that the Servicer will use this information to evaluate the borrower for available relief options and foreclosure alternatives, but the Servicer is not obligated to offer assistance based solely on the representations in this document or other documentation submitted in connection with the request.
9. I understand that the Servicer will collect and record personal information that I submit in this contributor package during the evaluation process, including, but not limited to, my name, address, telephone number, social security number, credit score, income, payment history, and information about my account balances and activity. I understand and consent to the Servicer's disclosure of my personal information and the terms of any relief or foreclosure alternative that I receive to any investor, insurer, guarantor, or servicer that owns, insures, guarantees, or services my first lien or subordinate lien (if applicable) mortgage loan(s) or to any HUD-certified housing counselor.
10. I consent to being contacted concerning this request for mortgage assistance at any e-mail address or cellular or mobile telephone number I have provided to the Servicer. This includes text messages and telephone calls to my cellular or mobile telephone.

The undersigned certifies under penalty of perjury that all statements in this document are true and correct.

| | | | |
|---|---|---|---|
| Contributor #1 Signature | Social Security Number | Date of Birth | Date |
| Contributor #2 Signature | Social Security Number | Date of Birth | Date |

*An authorized third party may include, but is not limited to, a counseling agency, Housing Finance Agency (HFA) or other similar entity that is assisting me in obtaining a foreclosure prevention alternative.



Document Submitted for Filing to MI Oakland County 6th Circuit Court.

Docusign Envelope ID: ABE447B0-3B40-8FE0-812A-B3579744EC10

FREEDOM MORTGAGE
P.O. Box 50485, Indianapolis, IN 46250-0485

# Boarder Information Sheet

N/A

A Boarder is someone who resides in the subject property and contributes a portion of their income to household expenses. This form is to be completed by individuals who reside with you at the subject property address who are not on the loan as borrowers, but who have agreed to include a percentage of their income (less than 100%) in the review of your loss mitigation workout review.

| To Be Completed by the Borrower | |
|---|---|
| Borrower Name: THERESA THIMM | |
| Freedom Loan Number: [redacted] 7729 | |
| Property Address: 229 S. EDGEWORTH AVE. ROYAL OAK MI 48067 | |
| **To Be Completed by the Boarder** | |
| Full Name: NONE | |
| Marital Status: ❑ Single ❑ Married ❑ Divorced ❑ Widowed ❑ Separated | Spouse's Name (if applicable): |
| Home Phone w/Area Code: ( ) - | Cell Phone w/Area Code: ( ) - |
| Relationship to Borrower: | Amount of income contributing monthly: |

By signing below, I, the boarder, state the following:

- I reside at the borrower's principal residence and request my income be included in the review for the modification on the loan secured by this property
- I will contribute the income stated above to household expenses and mortgage payments each month and will continue to do so for the foreseeable future
- I agree to provide documentation to prove:
  - My income
    AND
  - My residency at the subject property

I understand that the information and documents submitted are subject to examination and verification. Signed this 27 day of April, 20 26.

Boarder Signature



Document Submitted for Filing to MI Oakland County 6th Circuit Court.

Docusign Envelope ID: ABE447B0-3B40-8FE0-812A-B3579744EC10

Loan Number

N/A

## Profit and Loss Statement for Self-Employed Homeowners

**Please complete a separate Profit and Loss Statement for each business owned by the borrower(s).**

Name of Company: N/A

Dates *(Date range of income and expenses you are disclosing for your business)* through

1. **Sales Revenue** *(Total amount of income from sales or services. All money collected for work you have done.)*

| | |
|---|---|
| Sales Revenue | $ |
| **Total Sales Revenue:** | $ |

2. **Cost of Sales** *(Total amount spent on products/services)*

| | |
|---|---|
| Product/Service | $ |
| **Total Cost of Sales:** | $ |

| | |
|---|---|
| **Gross Profit** *(Total Sales Revenue - Total Cost of Sales)* | $ |

3. **Operating Expense**

| | |
|---|---|
| Advertising | $ |
| Technology licenses | $ |
| Officer wages and salaries | $ |
| Employee wages and salaries | $ |
| Supplies | $ |
| Meals and Entertainment | $ |
| Rent | $ |
| Telephone | $ |
| Utilities | $ |
| Depreciation | $ |
| Insurance | $ |
| Repairs and maintenance | $ |
| **Total Operating Expenses:** | $ |

| | |
|---|---|
| **Income from Operations** *(Gross Profit) - (Total Operating Expenses)* | $ Ø |

(continued on next page)

I'M NOT SEIF EMPLOYEED.



[redacted]

097276-0013496-0 |PAG 2735| |DOC ||MOG| 32522210

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

**4. Other Income** *(example: bad debts recovered, interest, tax refunds and other miscellaneous business income.)*

| | |
|---|---|
| Other income (specify) ______ | $ |
| Other income (specify) ______ | $ |
| **Total Other Income:** | **$** |

**5. Taxes**

| | |
|---|---|
| Income taxes | $ |
| Payroll taxes | $ |
| Real estate taxes | $ |
| Other taxes (specify) ______ | $ |
| Other taxes (specify) ______ | $ |
| **Total Taxes:** | **$** |

| | |
|---|---|
| **Net Profit** *(Income from Operations) + (Other Income) - (Total Taxes)* | **$** |

Loan Number

I, ______________, accept and agree to the terms of this document

**Signature** ______________ **Date** ______________ **(Borrower)**

I, ______________, accept and agree to the terms of this document

**Signature** ______________ **Date** ______________ **(Co-Borrower)**



[redacted]



Document Submitted for Filing to MI Oakland County 6th Circuit Court.