# EXHIBIT I

Freedom Mortgage letter dated May 19, 2026 closing loss mitigation review
(Verified Complaint Exhibit B)

Docusign Envelope ID: ABE447B0-3B40-8FE0-812A-B3579744EC10

FREEDOM MORTGAGE
PO Box 50485, Indianapolis, IN 46250-0485

Theresa Thimm
229 S Edgeworth Ave
Royal Oak, MI 48067-3969

May 19, 2026

Re: Loan Number [redacted]7729
Collateral Address 229 S EDGEWORTH AVE
ROYAL OAK, MI 48067

Dear Theresa Thimm,

You recently began the review process for loss mitigation assistance. Unfortunately, Freedom Mortgage Corporation ("Freedom Mortgage") is unable to proceed with the review because the requested outstanding documents have not been received from you. A complete loss mitigation application, including all additional requested information and/or documentation, is required to review your loan for potential loss mitigation assistance options.

Due to the incomplete status of your documentation, we have closed our review. The following list reflects the documentation that we requested but have not received:

- Completed Borrower Financial Worksheet
- 2 months most recent Bank Statements (all Pages & all Accounts)
- Proof of Pension Income (Award Letter)
- 2 months Proof of Deposit (Pension Income)

We encourage you to contact us directly to discuss any questions or concerns you may have about your missing items.

We will reconsider your request upon receipt of a complete loss mitigation application. Any documents you previously submitted are valid for 90-days from the date on the document.

To be reconsidered for loss mitigation assistance options, please return all documents, including any updates for documents that may be older than 90-days, to us in one of the following methods:

**Email:** LossMitigation@FreedomMortgage.com
**Fax:** 866-505-0949
**Mail:** Freedom Mortgage Corporation, 715 NE 122nd Street, Suite 100, Oklahoma City, OK 73114

Please note that the servicing of your loan will continue per the terms of your original Note and Mortgage, including foreclosure proceedings and normal credit bureau reporting, if applicable, to the extent permitted by applicable law. If foreclosure activity was previously suspended on your loan, it may now resume. If you would like additional counseling, you may consider contacting the HOPE Hotline at 888-995-HOPE. A project of the nonprofit Homeownership Preservation Foundation, the HOPE Hotline connects homeowners with HUD-approved housing counselors, who offer assistance at no charge. If you have any questions, please contact **RUGGUINA H. at 855-690-5900.**

To submit a RESPA Qualified Written Request ("QWR"), notice of error or request for information, you must use the designated address below:

Freedom Mortgage Corporation
P.O. Box 50428
Indianapolis, IN 46250-0401
46250-0401

5.56

Document Submitted for Filing to MI Oakland County 6th Circuit Court.

Wolters Kluwer

**CT Corporation**
**Service of Process Notification**
11/19/2026
CT Log Number 554024692

## Service of Process Transmittal Summary

**TO:** Wade Hinkle
Freedom Mortgage
11988 EXIT 5 PKWY BLDG 4
FISHERS, IN 46037-7939

**RE:** **Process Served in Michigan**

**FOR:** Freedom Mortgage Corporation (Domestic State: NJ)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | THERESA THIMM vs. FREEDOM MORTGAGE CORPORATION |
| **CASE #:** | 2026226587CK |
| **NATURE OF ACTION:** | Foreclosure Litigation - Mortgage |
| **PROCESS SERVED ON:** | The Corporation Company, Plymouth, MI |
| **DATE/METHOD OF SERVICE:** | By Non-Traceable Mail on 11/19/2026 |
| **JURISDICTION SERVED:** | Michigan |
| **ACTION ITEMS:** | CT will retain the current log<br>Image SOP<br>Email Notification, Wade Hinkle Wade.hinkle@freedommortgage.com<br>Email Notification, Kevin Chu kevin.chu@freedommortgage.com<br>Email Notification, Stuart Seiden stuart.seiden@freedommortgage.com<br>Email Notification, Jacob Gonzalez jacob.gonzalez-greenstein@freedommortgage.com<br>Email Notification, Shannon Caudill shannon.caudill@freedommortgage.com |
| **REGISTERED AGENT CONTACT:** | The Corporation Company<br>40600 Ann Arbor Road E<br>Suite 201<br>Plymouth, MI 48170<br>866-401-8252<br>LargeCorporationTeam@wolterskluwer.com |

The information contained in this Transmittal is provided by CT for quick reference only. It does not constitute a legal opinion, and should not otherwise be relied on, as to the nature of action, the amount of damages, the answer date, or any other information contained in the included documents. The recipient(s) of this form is responsible for reviewing and interpreting the included documents and taking appropriate action, including consulting with its legal and other advisors as necessary. CT disclaims all liability for the information contained in this form, including for any omissions or inaccuracies that may be contained therein.



Document Submitted for Filing to MI Oakland County 6th Circuit Court.

quadient
FIRST-CLASS MAIL
IMI
$002.56º
11/13/2026 ZIP 75038
043M31263389

[redacted]

[redacted]

Soble PLC
31800 Northwestern Hwy.
Ste. 350
Farmington Hills MI 48334

Freedom Mortgage Corporation
c/o The Corporation Company
40600 ANN ARBOR RD. E
Ste. 201
Ann Arbor MI 48170

Document Submitted for Filing to MI Oakland County 6th Circuit Court.