UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

THERESA THIMM,

Plaintiff(s),

v.

Case No. 2:26−cv−14462−MFL−DRG
Hon. Matthew F. Leitman

FREEDOM MORTGAGE CORPORATION,

Defendant(s),

**NOTICE OF REMOTE MOTION HEARING**

PLEASE TAKE NOTICE that a remote hearing has been scheduled before District Judge Mark A. Goldsmith for the following motion(s):

Motion for TRO − #6

- MOTION HEARING: November 25, 2026 at 04:00 PM

The public may access the audio proceedings with the following connection information.

***PHONE NUMBER:*** +1 (646) 828−7666
***MEETING ID:*** 165 557 6742

Attorneys and parties required to attend the hearing will be sent connection information in a separate email.

By: s/Joseph Heacox
Case Manager

Dated: November 25, 2026