**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

| | |
|---|---|
| THERESA THIMM<br><br>Plaintiff,<br><br>vs.<br><br>FREEDOM MORTGAGE CORPORATION<br><br>Defendant. | Case No: 2:26-cv-14462-MFL-DRG |

**DEFENDANT'S RESPONSE IN OPPOSITION TO PLAINTIFF'S EMERGENCY MOTION FOR TERMPORARY RESTRAINING ORDER TO TOLL AND EXTEND THE STATUTORY REDEMPTION PERIOD AND REQUEST FOR EXPEDITIED HEARING ON PRELIMINARY INJUNCTIVE RELIEF**

Defendant, Freedom Mortgage Corporation ("Defendant" or "Freedom"), by and through undersigned counsel, hereby submits its Response in Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order to Toll and Extend the Statutory Redemption Period and Request for Expedited Hearing on Preliminary Injunctive Relief and in support thereof Freedom states:

1. In Plaintiff's Emergency Motion (the "Motion:)", he advises the Court the adjournment notices were unpublished however; he fails to bring to the Court's attention each adjournment notice was in fact published in the requisite paper of general jurisdiction. *See Published Notices of Adjournement attached hereto as Exhibit A.*

2. Defendant reserves the right to supplement the instant request given the emergent scheduling on the hearing on Plaintiff's Motion

WHEREFORE, Freedom respectfully requests that the Court deny Plaintiff's Response in Opposition to Plaintiff's Emergency Motion for Temporary Restraining Order

to Toll and Extend the Statutory Redemption Period and Request for Expedited Hearing on Preliminary Injunctive Relief. Plaintiff reserves the right to supplement the instant response.

**FREEDOM MORTGAGE CORPORATION,**
**By Counsel**

*/s/ Sarah S. Mattingly*

Sarah S. Mattingly
DINSMORE & SHOHL LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky 40202
Phone: (859) 425-1096
Fax: (502) 585-2207
Sarah.Mattingly@dinsmore.com
*Counsel for Defendant Freedom Mortgage Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2026, a true and correct copy of the foregoing Notice of Removal was served upon all counsel of record and pro se parties via the Court's CM/ECF system and electronic mail as follows:

David Soble
31800 Northwestern Hwy., #350
Farmington Hills, MI 48334
(866) 731-4318
(888) 789-1715
team@provenresource.com
*Attorney for Plaintiff*

*/s/ Sarah S. Mattingly*
Sarah S. Mattingly
*Attorney for Freedom Mortgage Corporation*