# EXHIBIT A

517952F03 THIMM

THE DETROIT LEGAL NEWS
165 KIRTS BLVD, SUITE 300, TROY, MI 48084

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448
(09-09)(09-30)

## Notice of Adjournment of Mortgage Foreclosure Sale

State of Michigan
County of Oakland

I, **Roger A St. Jean**, a Deputy Sheriff of Oakland County, Michigan, being the officer appointed to make the sale as stated in the notice attached hereto, at the request of the party in whose name said notice was published, do hereby ADJOURN said sale from 10/07/2025 to 10/14/2025 at the same place stated therein.

[signature]

Deputy Sheriff

I, the above-signed, make oath that the Notice of Adjournment was posted before or at the time of the sale and at the place of the sale.

517952F03 THIMM

**THE DETROIT LEGAL NEWS**
**165 KIRTS BLVD, SUITE 300, TROY, MI 48084**

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448
(09-09)(09-30)

## Notice of Adjournment of Mortgage Foreclosure Sale

State of Michigan
County of Oakland

I, Roger A St. Jean, a Deputy Sheriff of Oakland County, Michigan, being the officer appointed to make the sale as stated in the notice attached hereto, at the request of the party in whose name said notice was published, do hereby ADJOURN said sale from 10/14/2025 to 10/21/2025 at the same place stated therein.

[signature]

Deputy Sheriff

I, the above-signed, make oath that the Notice of Adjournment was posted before or at the time of the sale and at the place of the sale.

517952F03 THIMM

**THE DETROIT LEGAL NEWS**
**165 KIRTS BLVD, SUITE 300, TROY, MI 48084**

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448
(09-09)(09-30)

## Notice of Adjournment of Mortgage Foreclosure Sale

State of Michigan
County of Oakland

I, Roger A St. Jean, a Deputy Sheriff of Oakland County, Michigan, being the officer appointed to make the sale as stated in the notice attached hereto, at the request of the party in whose name said notice was published, do hereby ADJOURN said sale from 10/21/2025 to 10/28/2025 at the same place stated therein.

[signature]

Deputy Sheriff

I, the above-signed, make oath that the Notice of Adjournment was posted before or at the time of the sale and at the place of the sale.

517952F03 THIMM

**THE DETROIT LEGAL NEWS**
**165 KIRTS BLVD, SUITE 300, TROY, MI 48084**

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448
(09-09)(09-30)

## Notice of Adjournment of Mortgage Foreclosure Sale

State of Michigan
County of Oakland

I, **Roger A St. Jean**, a Deputy Sheriff of Oakland County, Michigan, being the officer appointed to make the sale as stated in the notice attached hereto, at the request of the party in whose name said notice was published, do hereby ADJOURN said sale from 10/28/2025 to 11/04/2025 at the same place stated therein.

[signature] Deputy Sheriff

I, the above-signed, make oath that the Notice of Adjournment was posted before or at the time of the sale and at the place of the sale.

517952F03 THIMM

THE DETROIT LEGAL NEWS
165 KIRTS BLVD, SUITE 300, TROY, MI 48084

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448
(09-09)(09-30)

## Notice of Adjournment of Mortgage Foreclosure Sale

State of Michigan
County of Oakland

I, **Roger A St. Jean**, a Deputy Sheriff of Oakland County, Michigan, being the officer appointed to make the sale as stated in the notice attached hereto, at the request of the party in whose name said notice was published, do hereby ADJOURN said sale from 11/04/2025 to 11/10/2025 at the same place stated therein.

[signature]

Deputy Sheriff

I, the above-signed, make oath that the Notice of Adjournment was posted before or at the time of the sale and at the place of the sale.

517952F03 THIMM

THE DETROIT LEGAL NEWS
165 KIRTS BLVD, SUITE 300, TROY, MI 48084

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448
(09-09)(09-30)

## Notice of Adjournment of Mortgage Foreclosure Sale

State of Michigan
County of Oakland

I, **Roger A St. Jean**, a Deputy Sheriff of Oakland County, Michigan, being the officer appointed to make the sale as stated in the notice attached hereto, at the request of the party in whose name said notice was published, do hereby ADJOURN said sale from 11/10/2025 to 11/17/2025 at the same place stated therein.

[signature]

Deputy Sheriff

I, the above-signed, make oath that the Notice of Adjournment was posted before or at the time of the sale and at the place of the sale.

517952F03 THIMM

**THE DETROIT LEGAL NEWS**
**165 KIRTS BLVD, SUITE 300, TROY, MI 48084**

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448
(09-09)(09-30)

## Notice of Adjournment of Mortgage Foreclosure Sale

State of Michigan
County of Oakland

I, **Roger A St. Jean**, a Deputy Sheriff of Oakland County, Michigan, being the officer appointed to make the sale as stated in the notice attached hereto, at the request of the party in whose name said notice was published, do hereby ADJOURN said sale from 11/17/2025 to 11/18/2025 at the same place stated therein.

[signature]

Deputy Sheriff

I, the above-signed, make oath that the Notice of Adjournment was posted before or at the time of the sale and at the place of the sale.

517952F03 THIMM

THE DETROIT LEGAL NEWS
165 KIRTS BLVD, SUITE 300, TROY, MI 48084

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448
(09-09)(09-30)

## Notice of Adjournment of Mortgage Foreclosure Sale

State of Michigan
County of Oakland

I, **Roger A St. Jean**, a Deputy Sheriff of Oakland County, Michigan, being the officer appointed to make the sale as stated in the notice attached hereto, at the request of the party in whose name said notice was published, do hereby ADJOURN said sale from 11/18/2025 to 11/25/2025 at the same place stated therein.

[signature]

Deputy Sheriff

I, the above-signed, make oath that the Notice of Adjournment was posted before or at the time of the sale and at the place of the sale.

517952F03 THIMM

**THE DETROIT LEGAL NEWS**
**165 KIRTS BLVD, SUITE 300, TROY, MI 48084**

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448
(09-09)(09-30)

## Notice of Adjournment of Mortgage Foreclosure Sale

State of Michigan
County of Oakland

I, Roger A St. Jean, a Deputy Sheriff of Oakland County, Michigan, being the officer appointed to make the sale as stated in the notice attached hereto, at the request of the party in whose name said notice was published, do hereby ADJOURN said sale from 11/25/2025 to 12/02/2025 at the same place stated therein.

[signature] Deputy Sheriff

I, the above-signed, make oath that the Notice of Adjournment was posted before or at the time of the sale and at the place of the sale.

517952F03 THIMM

THE DETROIT LEGAL NEWS
165 KIRTS BLVD, SUITE 300, TROY, MI 48084

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448
(09-09)(09-30)

## Notice of Adjournment of Mortgage Foreclosure Sale

State of Michigan
County of Oakland

I, Roger A St. Jean, a Deputy Sheriff of Oakland County, Michigan, being the officer appointed to make the sale as stated in the notice attached hereto, at the request of the party in whose name said notice was published, do hereby ADJOURN said sale from 12/02/2025 to 12/09/2025 at the same place stated therein.

[signature]

Deputy Sheriff

I, the above-signed, make oath that the Notice of Adjournment was posted before or at the time of the sale and at the place of the sale.

517952F03 THIMM

THE DETROIT LEGAL NEWS
165 KIRTS BLVD, SUITE 300, TROY, MI 48084

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448
(09-09)(09-30)

# Notice of Adjournment of Mortgage Foreclosure Sale

State of Michigan
County of Oakland

I, Roger A St. Jean, a Deputy Sheriff of Oakland County, Michigan, being the officer appointed to make the sale as stated in the notice attached hereto, at the request of the party in whose name said notice was published, do hereby ADJOURN said sale from 12/09/2025 to 12/16/2025 at the same place stated therein.

[signature]

Deputy Sheriff

I, the above-signed, make oath that the Notice of Adjournment was posted before or at the time of the sale and at the place of the sale.

517952F03 THIMM

**THE DETROIT LEGAL NEWS**
**165 KIRTS BLVD, SUITE 300, TROY, MI 48084**

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448
(09-09)(09-30)

## Notice of Adjournment of Mortgage Foreclosure Sale

State of Michigan
County of Oakland

I, Roger A St. Jean, a Deputy Sheriff of Oakland County, Michigan, being the officer appointed to make the sale as stated in the notice attached hereto, at the request of the party in whose name said notice was published, do hereby ADJOURN said sale from 12/16/2025 to 12/23/2025 at the same place stated therein.

[signature]

Deputy Sheriff

I, the above-signed, make oath that the Notice of Adjournment was posted before or at the time of the sale and at the place of the sale.

517952F03 THIMM

**THE DETROIT LEGAL NEWS**
**165 KIRTS BLVD, SUITE 300, TROY, MI 48084**

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448
(09-09)(09-30)

# Notice of Adjournment of Mortgage Foreclosure Sale

State of Michigan
County of Oakland

I, **Roger A St. Jean**, a Deputy Sheriff of Oakland County, Michigan, being the officer appointed to make the sale as stated in the notice attached hereto, at the request of the party in whose name said notice was published, do hereby ADJOURN said sale from 12/23/2025 to 12/30/2025 at the same place stated therein.

[signature]
Deputy Sheriff

I, the above-signed, make oath that the Notice of Adjournment was posted before or at the time of the sale and at the place of the sale.

517952F03 THIMM

THE DETROIT LEGAL NEWS
165 KIRTS BLVD, SUITE 300, TROY, MI 48084

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448
(09-09)(09-30)

## Notice of Adjournment of Mortgage Foreclosure Sale

State of Michigan
County of Oakland

I, Roger A St. Jean, a Deputy Sheriff of Oakland County, Michigan, being the officer appointed to make the sale as stated in the notice attached hereto, at the request of the party in whose name said notice was published, do hereby ADJOURN said sale from 12/30/2025 to 01/06/2026 at the same place stated therein.

[signature]

Deputy Sheriff

I, the above-signed, make oath that the Notice of Adjournment was posted before or at the time of the sale and at the place of the sale.

517952F03 THIMM

**THE DETROIT LEGAL NEWS**
**165 KIRTS BLVD, SUITE 300, TROY, MI 48084**

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448
(09-09)(09-30)

## Notice of Adjournment of Mortgage Foreclosure Sale

State of Michigan
County of Oakland

I, **Roger A St. Jean**, a Deputy Sheriff of Oakland County, Michigan, being the officer appointed to make the sale as stated in the notice attached hereto, at the request of the party in whose name said notice was published, do hereby ADJOURN said sale from 01/06/2026 to 01/13/2026 at the same place stated therein.

[signature]

Deputy Sheriff

I, the above-signed, make oath that the Notice of Adjournment was posted before or at the time of the sale and at the place of the sale.

517952F03 THIMM

THE DETROIT LEGAL NEWS
165 KIRTS BLVD, SUITE 300, TROY, MI 48084

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448
(09-09)(09-30)

## Notice of Adjournment of Mortgage Foreclosure Sale

State of Michigan
County of Oakland

I, **Roger A St. Jean**, a Deputy Sheriff of Oakland County, Michigan, being the officer appointed to make the sale as stated in the notice attached hereto, at the request of the party in whose name said notice was published, do hereby ADJOURN said sale from 01/13/2026 to 01/20/2026 at the same place stated therein.

[signature]

Deputy Sheriff

I, the above-signed, make oath that the Notice of Adjournment was posted before or at the time of the sale and at the place of the sale.

517952F03 THIMM

THE DETROIT LEGAL NEWS
165 KIRTS BLVD, SUITE 300, TROY, MI 48084

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448
(09-09)(09-30)

## Notice of Adjournment of Mortgage Foreclosure Sale

State of Michigan
County of Oakland

I, **Roger A St. Jean**, a Deputy Sheriff of Oakland County, Michigan, being the officer appointed to make the sale as stated in the notice attached hereto, at the request of the party in whose name said notice was published, do hereby ADJOURN said sale from 01/20/2026 to 01/27/2026 at the same place stated therein.

Roger A St. Jean

Deputy Sheriff

I, the above-signed, make oath that the Notice of Adjournment was posted before or at the time of the sale and at the place of the sale.

517952F03 THIMM

THE DETROIT LEGAL NEWS
165 KIRTS BLVD, SUITE 300, TROY, MI 48084

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448
(09-09)(09-30)

## Notice of Adjournment of Mortgage Foreclosure Sale

State of Michigan
County of Oakland

I, **Roger A St. Jean**, a Deputy Sheriff of Oakland County, Michigan, being the officer appointed to make the sale as stated in the notice attached hereto, at the request of the party in whose name said notice was published, do hereby ADJOURN said sale from 01/27/2026 to 02/03/2026 at the same place stated therein.

Deputy Sheriff

I, the above-signed, make oath that the Notice of Adjournment was posted before or at the time of the sale and at the place of the sale.

517952F03 THIMM

**THE DETROIT LEGAL NEWS**
**165 KIRTS BLVD, SUITE 300, TROY, MI 48084**

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448
(09-09)(09-30)

## Notice of Adjournment of Mortgage Foreclosure Sale

State of Michigan
County of Oakland

I, Roger A St. Jean, a Deputy Sheriff of Oakland County, Michigan, being the officer appointed to make the sale as stated in the notice attached hereto, at the request of the party in whose name said notice was published, do hereby ADJOURN said sale from 02/03/2026 to 02/10/2026 at the same place stated therein.

Deputy Sheriff

I, the above-signed, make oath that the Notice of Adjournment was posted before or at the time of the sale and at the place of the sale.

517952F03 THIMM

THE DETROIT LEGAL NEWS
165 KIRTS BLVD, SUITE 300, TROY, MI 48084

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448
(09-09)(09-30)

## Notice of Adjournment of Mortgage Foreclosure Sale

State of Michigan
County of Oakland

I, Roger A St. Jean, a Deputy Sheriff of Oakland County, Michigan, being the officer appointed to make the sale as stated in the notice attached hereto, at the request of the party in whose name said notice was published, do hereby ADJOURN said sale from 02/10/2026 to 02/17/2026 at the same place stated therein.

[signature]

Deputy Sheriff

I, the above-signed, make oath that the Notice of Adjournment was posted before or at the time of the sale and at the place of the sale.

517952F03 THIMM

THE DETROIT LEGAL NEWS
165 KIRTS BLVD, SUITE 300, TROY, MI 48084

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448
(09-09)(09-30)

# Notice of Adjournment of Mortgage Foreclosure Sale

State of Michigan
County of Oakland

I, **Roger A St. Jean**, a Deputy Sheriff of Oakland County, Michigan, being the officer appointed to make the sale as stated in the notice attached hereto, at the request of the party in whose name said notice was published, do hereby ADJOURN said sale from 02/17/2026 to 02/24/2026 at the same place stated therein.

[signature]

Deputy Sheriff

I, the above-signed, make oath that the Notice of Adjournment was posted before or at the time of the sale and at the place of the sale.

517952F03 THIMM

THE DETROIT LEGAL NEWS
165 KIRTS BLVD, SUITE 300, TROY, MI 48084

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448
(09-09)(09-30)

## Notice of Adjournment of Mortgage Foreclosure Sale

State of Michigan
County of Oakland

I, **Roger A St. Jean**, a Deputy Sheriff of Oakland County, Michigan, being the officer appointed to make the sale as stated in the notice attached hereto, at the request of the party in whose name said notice was published, do hereby ADJOURN said sale from 02/24/2026 to 03/03/2026 at the same place stated therein.

Deputy Sheriff

I, the above-signed, make oath that the Notice of Adjournment was posted before or at the time of the sale and at the place of the sale.

517952F03 THIMM

THE DETROIT LEGAL NEWS
165 KIRTS BLVD, SUITE 300, TROY, MI 48084

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448
(09-09)(09-30)

## Notice of Adjournment of Mortgage Foreclosure Sale

State of Michigan
County of Oakland

I, **Roger A St. Jean**, a Deputy Sheriff of Oakland County, Michigan, being the officer appointed to make the sale as stated in the notice attached hereto, at the request of the party in whose name said notice was published, do hereby ADJOURN said sale from 03/03/2026 to 03/10/2026 at the same place stated therein.

[signature]

Deputy Sheriff

I, the above-signed, make oath that the Notice of Adjournment was posted before or at the time of the sale and at the place of the sale.

517952F03 THIMM

THE DETROIT LEGAL NEWS
165 KIRTS BLVD, SUITE 300, TROY, MI 48084

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448
(09-09)(09-30)

## Notice of Adjournment of Mortgage Foreclosure Sale

State of Michigan
County of Oakland

I, **Roger A St. Jean**, a Deputy Sheriff of Oakland County, Michigan, being the officer appointed to make the sale as stated in the notice attached hereto, at the request of the party in whose name said notice was published, do hereby ADJOURN said sale from 03/10/2026 to 03/17/2026 at the same place stated therein.

[signature]

Deputy Sheriff

I, the above-signed, make oath that the Notice of Adjournment was posted before or at the time of the sale and at the place of the sale.

1058

517952F03 THIMM

THE DETROIT LEGAL NEWS
165 KIRTS BLVD, SUITE 300, TROY, MI 48084

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448
(09-09)(09-30)

## Notice of Adjournment of Mortgage Foreclosure Sale

State of Michigan
County of Oakland

I, **Roger A St. Jean**, a Deputy Sheriff of Oakland County, Michigan, being the officer appointed to make the sale as stated in the notice attached hereto, at the request of the party in whose name said notice was published, do hereby ADJOURN said sale from 03/17/2026 to 03/24/2026 at the same place stated therein.

[signature]

Deputy Sheriff

I, the above-signed, make oath that the Notice of Adjournment was posted before or at the time of the sale and at the place of the sale.

517952F03 THIMM

THE DETROIT LEGAL NEWS
165 KIRTS BLVD, SUITE 300, TROY, MI 48084

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448
(09-09)(09-30)

## Notice of Adjournment of Mortgage Foreclosure Sale

State of Michigan
County of Oakland

I, **Roger A St. Jean**, a Deputy Sheriff of Oakland County, Michigan, being the officer appointed to make the sale as stated in the notice attached hereto, at the request of the party in whose name said notice was published, do hereby ADJOURN said sale from 03/24/2026 to 03/31/2026 at the same place stated therein.

[signature]

Deputy Sheriff

I, the above-signed, make oath that the Notice of Adjournment was posted before or at the time of the sale and at the place of the sale.

517952F03 THIMM

THE DETROIT LEGAL NEWS
165 KIRTS BLVD, SUITE 300, TROY, MI 48084

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448
(09-09)(09-30)

## Notice of Adjournment of Mortgage Foreclosure Sale

State of Michigan
County of Oakland

I, **Roger A St. Jean**, a Deputy Sheriff of Oakland County, Michigan, being the officer appointed to make the sale as stated in the notice attached hereto, at the request of the party in whose name said notice was published, do hereby ADJOURN said sale from 03/31/2026 to 04/07/2026 at the same place stated therein.

[signature]

Deputy Sheriff

I, the above-signed, make oath that the Notice of Adjournment was posted before or at the time of the sale and at the place of the sale.

517952F03 THIMM

**THE DETROIT LEGAL NEWS**
**165 KIRTS BLVD, SUITE 300, TROY, MI 48084**

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448
(09-09)(09-30)

## Notice of Adjournment of Mortgage Foreclosure Sale

State of Michigan
County of Oakland

I, **Roger A St. Jean**, a Deputy Sheriff of Oakland County, Michigan, being the officer appointed to make the sale as stated in the notice attached hereto, at the request of the party in whose name said notice was published, do hereby ADJOURN said sale from 04/07/2026 to 04/14/2026 at the same place stated therein.

[signature] Deputy Sheriff

I, the above-signed, make oath that the Notice of Adjournment was posted before or at the time of the sale and at the place of the sale.

517952F03 THIMM

THE DETROIT LEGAL NEWS
165 KIRTS BLVD, SUITE 300, TROY, MI 48084

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448
(09-09)(09-30)

## Notice of Adjournment of Mortgage Foreclosure Sale

State of Michigan
County of Oakland

I, Roger A St Jean, a Deputy Sheriff of Oakland County, Michigan, being the officer appointed to make the sale as stated in the notice attached hereto, at the request of the party in whose name said notice was published, do hereby ADJOURN said sale from 04/14/2026 to 04/21/2026 at the same place stated therein.

[signature]

Deputy Sheriff

I, the above-signed, make oath that the Notice of Adjournment was posted before or at the time of the sale and at the place of the sale.

517952F03 THIMM

**THE DETROIT LEGAL NEWS**
**165 KIRTS BLVD, SUITE 300, TROY, MI 48084**

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448
(09-09)(09-30)

## Notice of Adjournment of Mortgage Foreclosure Sale

State of Michigan
County of Oakland

I, Roger A St. Jean, a Deputy Sheriff of Oakland County, Michigan, being the officer appointed to make the sale as stated in the notice attached hereto, at the request of the party in whose name said notice was published, do hereby ADJOURN said sale from 04/21/2026 to 04/28/2026 at the same place stated therein.

[signature]

Deputy Sheriff

I, the above-signed, make oath that the Notice of Adjournment was posted before or at the time of the sale and at the place of the sale.

517952F03 THIMM

THE DETROIT LEGAL NEWS
165 KIRTS BLVD, SUITE 300, TROY, MI 48084

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448
(09-09)(09-30)

## Notice of Adjournment of Mortgage Foreclosure Sale

State of Michigan
County of Oakland

I, **Roger A St. Jean**, a Deputy Sheriff of Oakland County, Michigan, being the officer appointed to make the sale as stated in the notice attached hereto, at the request of the party in whose name said notice was published, do hereby ADJOURN said sale from 04/28/2026 to 05/05/2026 at the same place stated therein.

Deputy Sheriff

I, the above-signed, make oath that the Notice of Adjournment was posted before or at the time of the sale and at the place of the sale.

517952F03 THIMM

THE DETROIT LEGAL NEWS
165 KIRTS BLVD, SUITE 300, TROY, MI 48084

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448
(09-09)(09-30)

## Notice of Adjournment of Mortgage Foreclosure Sale

State of Michigan
County of Oakland

I, **Roger A St. Jean**, a Deputy Sheriff of Oakland County, Michigan, being the officer appointed to make the sale as stated in the notice attached hereto, at the request of the party in whose name said notice was published, do hereby ADJOURN said sale from 05/05/2026 to 05/12/2026 at the same place stated therein.

[signature]

Deputy Sheriff

I, the above-signed, make oath that the Notice of Adjournment was posted before or at the time of the sale and at the place of the sale.

517952F03 THIMM

THE DETROIT LEGAL NEWS
165 KIRTS BLVD, SUITE 300, TROY, MI 48084

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448
(09-09)(09-30)

## Notice of Adjournment of Mortgage Foreclosure Sale

State of Michigan
County of Oakland

I, Roger A St. Jean, a Deputy Sheriff of Oakland County, Michigan, being the officer appointed to make the sale as stated in the notice attached hereto, at the request of the party in whose name said notice was published, do hereby ADJOURN said sale from 05/12/2026 to 05/19/2026 at the same place stated therein.

[signature]

Deputy Sheriff

I, the above-signed, make oath that the Notice of Adjournment was posted before or at the time of the sale and at the place of the sale.

517952F03 THIMM

THE DETROIT LEGAL NEWS
165 KIRTS BLVD, SUITE 300, TROY, MI 48084

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448
(09-09)(09-30)

## Notice of Adjournment of Mortgage Foreclosure Sale

State of Michigan
County of Oakland

I, **Roger A St. Jean**, a Deputy Sheriff of Oakland County, Michigan, being the officer appointed to make the sale as stated in the notice attached hereto, at the request of the party in whose name said notice was published, do hereby ADJOURN said sale from 05/19/2026 to 05/26/2026 at the same place stated therein.

[signature]

Deputy Sheriff

I, the above-signed, make oath that the Notice of Adjournment was posted before or at the time of the sale and at the place of the sale.

**Team X - Theresa Thimm**

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448
(09-09)(09-30)

**EVIDENCE OF SALE**

(Affidavit of Posting)

STATE OF MICHIGAN,
ss.
COUNTY OF OAKLAND

Micheal Washington being duly sworn, deposes that on the 11th day of September, 2025 A.D, he/she posted a notice, a true copy of which is annexed hereto, in a conspicuous place upon the premises described in said notice by attaching the same in a secure manner to 229 S Edgeworth Ave, Royal Oak, MI 48067.

Micheal Washington

Subscribed and sworn before me on this 15th day of September 2025 A.D.

Meghan Lootens

Notary Public Macomb County, Michigan. My commission expires: March 7, 2031 . Acting in Oakland County, Michigan.

CHECK IF
☐ Vacant
☐ Multi Unit ☐ Upper Unit ☐ Lower Unit
☐ Multi-Address ☐ Unit 1 ☐ Unit 2 ☐ Unit A ☐ Unit B
☐ Condo ☐ Mobile/Manufactured Home ☐ No Dwelling

Attorney Office: Trott Law P.C.
Attorney File #: 517952F03
Notice ID: 1571448

**Team X - Theresa Thimm**

Notice of Foreclosure by Advertisement Notice is given under section 3212 of the revised judicature act of 1961, 1961 PA 236, MCL 600.3212, that the following mortgage will be foreclosed by a sale of the mortgaged premises, or some part of them, at a public auction sale to the highest bidder for cash or cashier's check at the place of holding the circuit court in Oakland County, starting promptly at 10:00 AM, on October 7, 2025. The amount due on the mortgage may be greater on the day of sale. Placing the highest bid at the sale does not automatically entitle the purchaser to free and clear ownership of the property. A potential purchaser is encouraged to contact the county register of deeds office or a title insurance company, either of which may charge a fee for this information: Name(s) of the mortgagor(s): Theresa Thim, an unmarried woman Original Mortgagee: Mortgage Electronic Registration Systems, Inc., as mortgagee, as nominee for lender and lender's successors and/or assigns Foreclosing Assignee (if any): Freedom Mortgage Corporation Date of Mortgage: June 26, 2017 Date of Mortgage Recording: June 30, 2017 Amount claimed due on date of notice: $282,472.00 Description of the mortgaged premises: Situated in City of Royal Oak, Oakland County, Michigan, and described as: Lot 529, Home Gardens Subdivision No. 1, as recorded in Liber 34, Page 30 of Plats, Oakland County Records. Common street address (if any): 229 S Edgeworth Ave, Royal Oak, MI 48067-3969 The redemption period shall be 6 months from the date of such sale, unless determined abandoned in accordance with MCL 600.3241a; or, if the subject real property is used for agricultural purposes as defined by MCL 600.3240(16). If the property is sold at foreclosure sale under Chapter 32 of the Revised Judicature Act of 1961, pursuant to MCL 600.3278 the borrower will be held responsible to the person who buys the property at the mortgage foreclosure sale or to the mortgage holder for damaging the property during the redemption period. Attention homeowner: If you are a military service member on active duty, if your period of active duty has concluded less than 90 days ago, or if you have been ordered to active duty, please contact the attorney for the party foreclosing the mortgage at the telephone number stated in this notice. This notice is from a debt collector. Date of notice: September 9, 2025 Trott Law, P.C. 31440 Northwestern Hwy, Suite 145 Farmington Hills, MI 48334 (248) 642-2515 1571448 (09-09)(09-30)

**AFFIDAVIT OF PUBLICATION**

(Affidavit of Publisher)

STATE OF MICHIGAN,
ss.
COUNTY OF OAKLAND

The undersigned, an employee of the publisher of Oakland County Legal News, having knowledge of the facts, being duly sworn deposes and says that a notice, a true copy of which is annexed hereto, was published in Oakland County Legal News a newspaper circulated in Oakland County on September 9, September 16, September 23, September 30, 2025 A.D.

Pattie McKenzie

Subscribed and sworn before me on this 30th day of September 2025 A.D.

Valerie Shaver

Notary Public Wayne County, Michigan. My commission expires: February 11, 2032 Acting in Oakland County, Michigan.

| | |
|---|---|
| Attorney: | Trott Law P.C. - Trott Law P.C. (team x) |
| AttorneyFile#: | 517952F03 |
| Notice#: | 1571448 |
| County: | Oakland |


snapshot DNA
229
Apple iPhone 18.6.2 - legal news
Check photo authenticity at www.snapshotdna.com
270 S Edgeworth Ave, Royal Oak, Michigan 48067
9/11/2025 2:00 PM -0400 49 ' 42.488729,-83.12004
By: Special Deputy Micheal Washington 2610
DNA: CC3943F82252A377D4A0